CONCLUSION

For the reasons stated above, the United States' Motion for Leave to File Third Amended Complaint should be granted.

                                        Respectfully submitted,

Dated: February 9, 2004                THOMAS L. SANSONNETTI
                                          Assistant Attorney General
                                          Environment and Natural Resources Division
                                          United States Department of Justice


                                                /s/ Jeffrey A. Spector
                                          JEFFREY A. SPECTOR
                                          Trial Attorney
                                          Environmental Enforcement Section
                                          Environment and Natural Resources Division
                                          U.S. Department of Justice
                                          P.O. Box 76ll
                                          Washington, D.C.  20044-7611
                                          Tel: (202) 514-4432
                                          Fax: (202) 616-6584

                                          GREGORY G. LOCKHART
                                          United States Attorney
                                          GERALD F. KAMINSKI (OO12532)
                                          Deputy Civil Chief
                                          Office of the United States Attorney
                                          221 East Fourth Street, Suite 400,
                                          Cincinnati, OH  45202
                                          Tel:  (513) 684-3711
                                          Fax:  (513) 684-6710

OF COUNSEL:

RICHARD R. WAGNER
Associate Regional Counsel
U.S. Environmental Protection Agency
Region 5
77 West Jackson Blvd.
Chicago, IL   60604
(312) 886-7947