LWG, INC. & SUBSIDIARY
FORM 1120
9/30/94

31-0686180
SCHEDULE NO. 7

BEGINNING OF YEAR

| TITLE | LWG, INC.<br>31-0686180 | LWG FINISHING INC.<br>31-1276412 | TOTAL |
|---|---|---|---|
| **LN. 6, OTHER CURRENT ASSETS** | | | |
| N/R EMPLOYEE | 1,400 | 807 | 2,207 |
| N/R - FLETCHER | 0 | 250 | 250 |
| INTEREST WITHHELD | 0 | 79 | 79 |
| INVESTMENT IN NHC, INC. | 1,000 | 0 | 1,000 |
| N/R-NHC, INC. | 254,044 | 0 | 254,044 |
| | $256,444 | $1,136 | $257,580 |
| **LN. 14, OTHER ASSETS** | | | |
| N/R - FEINBLANKING | 71,919 | 0 | 71,919 |
| PATENT (NET OF AMORTIZATION) | 314 | 0 | 314 |
| CLOSING COSTS - MORTGAGE | 8,588 | 0 | 8,588 |
| WORKER'S COMP DEPOSIT | 0 | 990 | 990 |
| | $80,821 | $990 | $81,811 |
| **LN. 17, OTHER CURRENT LIAB.** | | | |
| PAYROLL TAXES WITHHELD | 0 | 1,686 | 1,686 |
| N/P - CAR LOAN | 0 | 3,521 | 3,521 |
| N/P-TRUCK LOAN | 0 | 5,208 | 5,208 |
| | $0 | $10,415 | $10,415 |

LWG 101512

LWG, INC. & SUBSIDIARY
FORM 1120
9/30/94

31-0686180
SCHEDULE NO. 8

| | LWG, INC. 31-0686180 | LWG FINISHING INC. 31-1276412 | TOTAL |
|---|---|---|---|
| **SCHEDULE M-1** | | | |
| NET INCOME PER BOOKS | (585,217) | 70,979 | (514,238) |
| FEDERAL INCOME TAX | 0 | 0 | 0 |
| EXCESS CAPITAL LOSSES | | | 0 |
| OVER CAPITAL GAINS | 0 | 0 | 0 |
| | | | |
| LN 5c, | | | |
| OFFICER'S LIFE INSURANCE | 0 | 0 | 0 |
| CONTRIBUTIONS | 0 | 0 | 0 |
| ENTERTAINMENT | 0 | 0 | 0 |
| | | | |
| LN7A, | | | |
| PENALTIES | 0 | 0 | 0 |
| | ----------------- | ----------------------- | ----------------- |
| INCOME PER RETURN | ($585,217) | $70,979 | ($514,238) |
| | ======= | =========== | ======= |
| | | | |
| **SCHEDULE M-2** | | | |
| BALANCE BEGINNING OF YEAR | 1,621,682 | (453,082) | 1,168,600 |
| NET INCOME PER BOOKS | (585,217) | 70,979 | (514,238) |
| | | | |
| FEDERAL TAX REFUND DENIED | 0 | 0 | 0 |
| INCREASE IN | | | |
| UNREALIZED LOSS | 0 | | 0 |
| MARKETABLE SECURITIES | 0 | 0 | 0 |
| | | | |
| DECREASE IN | | | |
| DEPRECIATION-PR PERIOD ADJ | 0 | 0 | 0 |
| | ----------------- | ----------------------- | ----------------- |
| | $1,036,465 | ($382,103) | $654,362 |
| | ======= | =========== | ======= |

LWG 101513

| Form **7004**<br>(Rev. October 1991)<br><br>Department of the Treasury<br>Internal Revenue Service | **Application for Automatic Extension of Time<br>To File Corporation Income Tax Return** | OMB No. 1545-0233<br>Expires 10-31-94 |
|---|---|---|

**Name of corporation**

LWG COMPANY, INC.

**Employer identification number**

31-0686180

**Number, street, and room or suite no. (If a P.O. box, see instructions.)**

9461 LESAINT DRIVE

**City or town, state, and ZIP code**

FAIRFIELD, OH  45014

**Check type of return to be filed:**

| ☒ Form 1120 | ☐ Form 1120F | ☐ Form 1120L | ☐ Form 1120-POL | ☐ Form 1120S |
|---|---|---|---|---|
| ☐ Form 1120-A | ☐ Form 1120-FSC | ☐ Form 1120-ND | ☐ Form 1120-REIT | ☐ Form 990-C |
| ☐ Form 1120-DF | ☐ Form 1120-H | ☐ Form 1120-PC | ☐ Form 1120-RIC | ☐ Form 990-T |

Form 1120F filers: Check here if you do not have an office or a place of business in the United States.................................... ▶ ☐

1a  I request an automatic 6-month extension of time until      6/15    , 19   95  , to file the income tax return of the corporation
named above for ▶ ☐ calendar year 19 ____ or ▶ ☒ tax year beginning       10/01      , 19 93  , and ending
    9/30     , 19 94 .

  b  If this tax year is for less than 12 months, check reason:

  ☐ Initial return        ☐ Final return        ☐ Change in accounting period        ☐ Consolidated return to be filed

2    If this application also covers subsidiaries to be included in a consolidated return, complete the following:

| Name and address of each member of the affiliated group | Employer identification number | Tax period |
|---|---|---|
| LWG FINISHING, INC.<br>9461 LESAINT DRIVE | 31-1276412 | 10/01/93<br>9/30/94 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | | | |
|---|---|---|---|---:|
| 3 | Tentative tax (see instructions) ........................................................ | | **3** | 0 |
| 4 | **Credits:** | | | |
| a | Overpayment credited from prior year ...... | **4a** | | |
| b | Estimated tax payments for the tax year...... | **4b** | | |
| c | Less refund for the tax year applied<br>for on Form 4466 .................... | **4c** ( )Bal ▶ **4d** | 0 | |
| e | Credit from regulated investment companies ........................... | **4e** | | |
| f | Credit for Federal tax on fuels. ................................... | **4f** | | |
| 5 | Total. Add lines 4d through 4f. ........................................... | | **5** | 0 |
| 6 | Balance due. Subtract line 5 from line 3. Deposit this amount with a Federal Tax Deposit (FTD) Coupon<br>(see instructions). ........................................... | | **6** | 0 |

Signature.— Under penalties of perjury, I declare that I have been authorized by the above-named corporation to make this application, and to the best of my knowledge and belief, the statements made are true, correct, and complete.

| (Signature of officer or agent) | (Title) | (Date) |
|---|---|---|

For Paperwork Reduction Act Notice, see instructions.                    Form **7004** (Rev. 10-91)

H884

LWG 101514

*Extended to July 31, 1995*

| Form R    06/07/95    785 | | 31-0686180 |
|---|---|---|

**FILE WITH**
CITY OF
FAIRFIELD

**FAIRFIELD**
**INCOME TAX RETURN**
FILING REQUIRED EVEN IF NO TAX DUE
FOR THE CALENDAR YEAR    1993
OR FISCAL PERIOD 10/01/93 TO 09/30/94

MAKE CHECK OR MONEY ORDER
PAYABLE TO

**FAIRFIELD**

ON OR BEFORE 07/31/95

ACCOUNT # _____

NAME OF EMPLOYER _____
ADDRESS: Street _____
City _____

TAXPAYER'S NAME AND ADDRESS

LWG, INC. & LWG FINISHING INC.
9461 LESAINT DRIVE
FAIRFIELD, OH  45014-5447

TELEPHONE:
Home _____
Business _____

FEDERAL ID#  31-0686180
TAXPAYER SS# _____
SPOUSE SS# _____

ARE YOU
A CITY RESIDENT?  YES ☒ NO ☐
DID YOU
FILE A PREVIOUS YEAR RETURN?  YES ☒ NO ☐
HAS IRS
INCREASED YOUR INCOME TAX LIABILITY FOR ANY PRIOR YEAR?  YES ☐ NO ☒
IF SO, HAS
AN AMENDED CITY INCOME TAX RETURN BEEN FILED?  YES ☐ NO ☒

IF MOVED SINCE THE PREVIOUS FINAL RETURN WAS DUE
GIVE DATE:

INTO CITY _____ OR OUT OF _____

PRINCIPAL BUSINESS ACTIVITY:  CHROMEPLATING

TYPE OF BUSINESS: ☒ CORP ☐ PARTN ☐ SOLE PROP
IF OTHER EXPLAIN:  CONSOLIDATED

**NOTE: Page 2 must be completed if you have taxable rental property or business income.**

1. WAGES, SALARIES, TIPS AND OTHER EMPLOYEE COMPENSATION (ATTACH ALL W-2'S) .................... $ _____
2. OTHER TAXABLE INCOME OR DEDUCTIONS FROM PAGE 2 .......................................... $ _____
3. TAXABLE INCOME: LINE 1 PLUS LINE 2 ..................................................... $ _____
4. MUNICIPAL TAX    1.500    % OF LINE 3 ................................................. $ _____

5. CREDITS:
   A. TAX WITHHELD BY EMPLOYER .......................................... $ _____
   B. ESTIMATED TAX PAID ................................................ $ _____
   C. CREDIT FOR TAXES PAID TO OTHER CITIES ............................. $ _____
   D. PRIOR YEAR OVERPAYMENTS ........................................... $ _____
   E. OTHER CREDITS .................................. $ _____
   F. TOTAL CREDITS ......................................................................... $ _____

6. TAX DUE (IF LINE 4 IS GREATER THAN LINE 5F, PAYMENT OF BALANCE MUST ACCOMPANY THIS RETURN)....... $ _____ 0
7. PENALTY ................. $ _____ PLUS INTEREST ......... $ _____ $ _____

8. AMOUNT DUE BEFORE ESTIMATED TAXES ........................................................ $ _____
9. OVERPAYMENT: REFUNDED.... $ _____ OR CREDITED TO EST. TAXES... $ _____

**DECLARATION OF ESTIMATED TAX FOR YEAR 1994**

10. INCOME SUBJECT TO TAX...... $ _____ TIMES TAX RATE OF  1.500% FOR GROSS TAX OF $ _____
11. LESS EXPECTED TAX CREDITS:
    A. TAX WITHHELD BY EMPLOYER......................................... $ _____
    B. OVERPAYMENT FROM PRIOR YEAR(S).................................. $ _____
    C. PAYMENTS ON TAXABLE INCOME TO ANOTHER MUNICIPALITY.......................... $ _____
    D. TOTAL CREDITS ................................................... $ _____
12. NET TAX DUE (LINE 10 LESS LINE 11D)...........................    LWG 101515  ... $ _____
13. AMOUNT PAID WITH THIS DECLARATION (NOT LESS THAN 1/4 OF LINE 12) ..          .... $ _____
14. BALANCE OF ESTIMATED TAX ........................................................ $ _____

| TOTAL AMOUNT DUE | $ _____ 0 (LINE 8) + $ _____ 0 (LINE 13) = | 0 |
|---|---|---|

I CERTIFY THAT I HAVE EXAMINED THIS RETURN (INCLUDING ACCOMPANYING SCHEDULES AND STATEMENTS) AND TO THE BEST OF MY KNOWLEDGE AND BELIEF IT IS TRUE, CORRECT & COMPLETE. IF PREPARED BY PERSON OTHER THAN TAXPAYER, THE DECLARATION IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

06/07/95

Signature of Preparer    Date
SCHULTE & UHRIG, CPAs
4755 CORNELL ROAD
CINCINNATI, OH  45241-2478

Signature of Taxpayer    Date

Signature of Taxpayer    Date
Copyright Accountware, Inc., Cincinnati, Ohio 1993

06/07/95    785                                                          31-0686180

*** DO NOT USE THIS PAGE IF YOUR ONLY SOURCE OF INCOME IS FROM WAGES, DIVIDENDS OR INTEREST ***
AND YOU ARE NOT ENTITLED TO DEDUCT BUSINESS EXPENSES FROM SUCH WAGES.

Form R                                                                        Page 2

## SCHEDULE C — BUSINESS INCOME

| | | |
|---|---|---|
| 1. ATTACH COPIES OF FEDERAL SCHEDULES (ENTER TOTAL INCOME FROM SCHEDULES).................... | | $ −514,238 |
| 2. A. ITEMS NOT DEDUCTIBLE (FROM LINE M SCHEDULE X)......................... $ | 316 | |
| B. ITEMS NOT TAXABLE (FROM LINE 2 Z SCHEDULE X)............................ $ | 6,320 | |
| C. DIFFERENCE BETWEEN LINES 2A AND 2B TO BE ADDED TO OR SUBTRACTED FROM LINE 1................ | | $ −6,004 |
| 3. A. ADJUSTED INCOME (LINE 1 PLUS OR MINUS 2C IF SCHEDULE X IS USED) ......................... | | $ −520,242 |
| B. AMOUNT OF LINE ABOVE ALLOCABLE    100.0000    % FROM STEP 5 SCHEDULE Y............... | | $ −520,242 |
| 4. NET OPERATING LOSS FROM PRIOR YEARS, IF ALLOWED.......................................... | | $ 1,857,195 |
| 5. NET BUSINESS INCOME ................................................................ | | $ −2,377,437 |

## SCHEDULE E — INCOME FROM RENTS (ATTACH STATEMENT EXPLAINING COLUMNS 3, 4 AND 5)

| 1. KIND & ADDRESS OF PROPERTY | 2. RENT AMOUNT | 3. DEPRECIATION | 4. REPAIRS | 5. OTHER EXPENSES | 6. NET INCOME (LOSS) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| NET INCOME (OR LOSS) SCHEDULE E .................................................... $ | | | | | |

## SCHEDULE H — OTHER INCOME NOT INCLUDED IN SCHEDULE E FROM PARTNERSHIPS, S CORPORATIONS, ESTATES, TRUSTS, FEES, ETC.

| RECEIVED FROM | FOR (DESCRIBE) | AMOUNT |
|---|---|---|
| | | |
| | | |
| TOTAL INCOME SCHEDULE H............................................................ $ | | |

ADD TOTALS OF SCHEDULES C, E & H.  ENTER HERE AND ON LINE 2, PAGE 1................................. $ _____

## SCHEDULE X — RECONCILIATION WITH FEDERAL INCOME TAX RETURN

| ITEMS NOT DEDUCTIBLE | | ITEMS NOT TAXABLE | |
|---|---|---|---|
| A. NET LOSS FROM CAPITAL OR OTHER ASSETS.. | $ _____ | N. CAPITAL GAINS (FROM FED. SCHEDULE). $ _____ | |
| B. EXPENSES APPLICABLE TO NON- TAXABLE INCOME ... | $ 316 | O. INTEREST ..................... $ 6,320 | |
| C. INCOME TAXES ......................... | $ _____ | P. DIVIDENDS .................... $ _____ | |
| D. LOSS CARRIED BACK ..................... | $ _____ | Q. ROYALTY INCOME (INTANGIBLE) .. $ _____ | |
| E. LOSS CARRIED FORWARD PER FED. RETURN .. | $ _____ | R. OTHER (EXPLAIN)_____ $ _____ | |
| F. PYMTS. TO PARTNERS OR COMP. OF S CORP OFFICERS . | $ _____ | _____ $ _____ | |
| G. SICK PAY NOT INCLUDED ON PAGE 1 ........ | $ _____ | _____ $ _____ | |
| H. CONTRIBUTIONS ........................ | $ _____ | _____ $ _____ | |
| I. OTHER (EXPLAIN) _____ | $ _____ | | |
| M. TOTAL ADDITIONS ....................... | $ 316 | Z. TOTAL DEDUCTIONS ........... $ 6,320 | |

## SCHEDULE Y — BUSINESS ALLOCATION FORMULA

| | A. LOCATED EVERYWHERE | B. LOCATED IN CITY | C. PERCENTAGE (B ÷ A) |
|---|---|---|---|
| STEP 1. AVERAGE VALUE REAL & TANGIBLE PERSONAL PROPERTY.. $ | _____ | $ _____ | |
| GROSS ANNUAL RENTALS MULTIPLIED BY 8 .............. $ | _____ | $ _____ | |
| TOTAL OF STEP 1 ......................... $ | _____ | $ _____ | _____ % |
| STEP 2. TOTAL WAGES, SALARIES, COMMISSIONS AND OTHER | | | |
| COMPENSATION PAID TO ALL EMPLOYEES .............. $ | _____ | $ _____ | _____ % |
| STEP 3. GROSS RECEIPTS FROM SALES AND WORK/SERVICES PERFORMED .. $ | _____ | $ _____ | _____ % |
| STEP 4. TOTAL OF PERCENTAGES .................................................................. | | | _____ % |
| STEP 5. AVERAGE PERCENTAGE (DIVIDE TOTAL PERCENTAGES BY NUMBER OF PERCENTAGES USED) | | | |
| ENTER HERE AND ON LINE 3B ........................................................ | | | 100.0000% |

Copyright Accountware, Inc., Cincinnati, Ohio 1993

LWG, INC. & LWG FINISHIN  INC.                                    31-0686180
FAIRFIELD City Return Subschedule (Non-resident/Business)              785

NOL CARRYFORWARD
----------------

| City | 1988 | 1989 | 1990 | 1991 | 1992 | Total |
|------|------|------|------|------|------|-------|
| FAIRFIEL | 124,698 | 74,913 | 240,662 | 782,740 | 634,182 | 1,857,195 |
|  | 124,698 | 74,913 | 240,662 | 782,740 | 634,182 | 1,857,195 |

LWG 101517

# "PERSONAL PRIVACY INFORMATION"

**The contents of attached "Exhibit X" constitute Personal Privacy Information. Disclosure of the contents of this exhibit to the general public would constitute an invasion of privacy.**

LWG 101518

" EXHIBIT X "

CLIENT COPY

**U. S. Corporation Income Tax Return**

OMB No. 1545-0123

Form **1120**

Department of the Treasury
Internal Revenue Service

For calendar year 1994 or tax year beginning **10/01** ,1994, ending **9/30** ,19 **95**

► **Instructions are separate. See page 1 for Paperwork Reduction Act Notice.**

**1994**

| A  Check if a: | | | |
|---|---|---|---|
| 1 | Consolidated return (attach Form 851) | ☒ | |
| 2 | Personal holding co. (attach Sch. PH) | ☐ | |
| 3 | Personal service corp. (as defined in Temporary Regs. sec. 1.441-4T—see instructions) | ☐ | |

Use IRS label. Otherwise, please print or type.

**LWG COMPANY, INC.**
**9461 LESAINT DRIVE**
**FAIRFIELD, OH   45014**

B  Employer identification number
**31-0686180**

C  Date incorporated
**2/01/62**

D  Total assets (See Specific Instructions)
$ **935538**

E   Check applicable boxes:   (1) ☐ Initial return   (2) ☐ Final return   (3) ☐ Change of address

| | | | | | |
|---|---|---|---|---|---|
| **INCOME** | 1a | Gross receipts or sales | b  Less returns and allowances | c  Balance ► | 1c | |
| | 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | |
| | 4 | Dividends (Schedule C, line 19) | | | 4 | |
| | 5 | Interest | SEE STATEMENT 1 | | 5 | 7 |
| | 6 | Gross rents | | | 6 | |
| | 7 | Gross royalties | | | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 20 (attach Form 4797) | | | 9 | |
| | 10 | Other income (see instructions – attach schedule) | SEE STATEMENT 2 | ► | 10 | 500 |
| | 11 | **Total income. Add lines 3 through 10** | | ► | 11 | 507 |
| **DEDUCTIONS** | 12 | Compensation of officers (Schedule E, line 4) | | | 12 | |
| | 13 | Salaries and wages (less employment credits) | | | 13 | |
| | 14 | Repairs and maintenance | | | 14 | |
| | 15 | Bad debts | | | 15 | |
| | 16 | Rents | | | 16 | |
| | 17 | Taxes and licenses | SEE STATEMENT 3 | | 17 | 50 |
| | 18 | Interest | | | 18 | |
| | 19 | Charitable contributions (see instructions for 10% limitation) | | | 19 | 0 |
| | 20 | Depreciation (attach Form 4562) | 20 | | | |
| | 21 | Less depreciation claimed in Schedule A and elsewhere on return | 21a | | 21b | |
| | 22 | Depletion | | | 22 | |
| | 23 | Advertising | | | 23 | |
| | 24 | Pension, profit-sharing, etc., plans | | | 24 | |
| | 25 | Employee benefit programs | | | 25 | |
| | 26 | Other deductions (attach schedule) | SEE STATEMENT 4 | | 26 | 25325 |
| | 27 | **Total deductions.  Add lines 12 through 26** | | ► | 27 | 25375 |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | -24868 |
| | 29 | **Less: a**  Net operating loss deduction (see instructions) SEE ST. 5 | 29a | 0 | 29c | |
| | | **b**  Special deductions (Schedule C, line 20) | 29b | | | |
| | 30 | Taxable income. Subtract line 29c from line 28 | | | 30 | -24868 |
| | 31 | Total tax (Schedule J, line 10) | | | 31 | 0 |
| **TAX AND PAYMENTS** | 32 | Payments: | | | | |
| | | a  1993 overpayment credited to 1994 | 32a | | | |
| | | b  1994 estimated tax payments | 32b | | | |
| | | c  Less 1994 refund applied for on Frm 4466 | 32c | d Bal► 32d | 0 | |
| | | e  Tax deposited with Form 7004 | 32e | | | |
| | | f  Credit from regulated investment companies (attach Form 2439) | 32f | | | |
| | | g  Credit for Federal tax on fuels (attach Form 4136). See instructions | 32g | | 32h | 0 |
| | 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached | ► ☐ | | 33 | |
| | 34 | Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | | | 34 | 0 |
| | 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | | | 35 | |
| | 36 | Enter amount of line 35 you want:   Credited to 1995 estimated tax ► | | Refunded ► | 36 | |

LWG 101519

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer ►                    Date                    Title

**Paid Preparer's Use Only**

| Preparer's signature ► | | Date | Check if self-employed ☐ | Preparer's social security number **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** |
|---|---|---|---|---|

Firm's name (or yours, if self-employed) and address ►

**SCHULTE & UHRIG, CPA'S**
**4755 CORNELL RD-PERS OFC PARK**
**CINCINNATI, OH**

E.I. No. ► **31-1138983**
ZIP code ► **45241**

*"EXHIBIT X"*

H864

Form 1120 (1994)   LWG COMPANY, INC.    31-0686180                                                    Page **2**

## Schedule A — Cost of Goods Sold (See Instructions.)

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | **1** |
| 2 | Purchases | **2** |
| 3 | Cost of labor | **3** |
| 4 | Additional section 263A costs (attach schedule) | **4** |
| 5 | Other costs (attach schedule) | **5** |
| 6 | Total. Add lines 1 through 5 | **6** |
| 7 | Inventory at end of year | **7** |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | **8** |

9a Check all methods used for valuing closing inventory:

☒ Cost    ☐ Lower of cost or market as described in Regulations section 1.471-4

☐ Writedown of "subnormal" goods as described in Regulations section 1.471-2(c)

☐ Other (Specify method used and attach explanation.) ▶

b Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ........................ ▶ ☐

c If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO .............    **9c**

d Do the rules of section 263A (for property produced or acquired for resale) apply to the corporation? ..................... ☐ Yes  ☒ No

e Was there any change in determining quantities, cost, or valuations between opening and closing inventory?

If "Yes," attach explanation ............................................................. ☐ Yes  ☒ No

## Schedule C — Dividends and Special Deductions (See instructions.)

| | | (a) Dividends received | (b)% | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations that are subject to the 70% deduction (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations that are subject to the 80% deduction (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations (section 246A) | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs that are subject to the 70% deduction | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs that are subject to the 80% deduction | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries subject to the 100% deduction (section 245(b)) | | 100 | |
| 9 | Total. Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from certain FSCs that are subject to the 100% deduction (section 245(c)(1)) | | 100 | |
| 12 | Dividends from affiliated group members subject to the 100% deduction (section 243(a)(3)) | | 100 | |
| 13 | Other dividends from foreign corporations not included on lines 3, 6, 7, 8, or 11 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up (section 78) | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 (section 246(d)) | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on line 4, page 1 ▶ | | | |
| 20 | Total special deductions – Add lines 9, 10, 11, 12, and 18. Enter here and on line 29b, page 1 ▶ | | | |

## Schedule E — Compensation of Officers (See instructions for line 12, page 1.)

Complete Schedule E only if total receipts (line 1a, plus lines 4 through 10 on page 1, Form 1120) are $500,000 or more.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|
| DANIEL GREEN | 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 | 100 % | 67.00% | 0.00% | |
| MAURICE GREEN | 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 | 100 % | 33.00% | 0.00% | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | |
|---|---|---|
| 2 | Total compensation of officers | |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | |
| 4 | Subtract line 3 from line 2. Enter the result here and on line 12, page 1 | |

LWG 101520

LWG 101520

Form 1120 (1994)   LWG COMPANY INC.   31-0686180                                    Page **3**

### Schedule J   Tax Computation (See instructions.)

| | | |
|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (see sections 1561 and 1563)............... ▶ ☐ | |
| 2a | If the box on line 1 is checked, enter the corporation's share of the $50,000, $25,000, and $9,925,000 taxable income brackets (in that order): | |
| | (1) $ _____ (2) $ _____ (3) $ _____ | |
| b | Enter the corporation's share of: (1) Additional 5% tax (not more than $11,750).. $ _____ | |
| | (2) Additional 3% tax (not more than $100,000).. $ _____ | |
| 3 | Income tax. Check this box if the corporation is a qualified personal service corporation as defined in section 448(d)(2) (see instructions on page 14) ........................ ▶ ☐ | **3** | 0 |
| 4a | Foreign tax credit (attach Form 1118)................................ **4a** | |
| b | Possessions tax credit (attach Form 5735)........................... **4b** | |
| c | Orphan drug credit (attach Form 6765) ............................. **4c** | |
| d | Check: ☐ Nonconventional source fuel credit | |
| | ☐ QEV credit (attach Form 8834) ................. **4d** | |
| e | General business credit. Enter here and check which forms are attached: | |
| | ☐ 3800  ☐ 3468  ☐ 5884  ☐ 6478  ☐ 6765  ☐ 8586  ☐ 8830 | |
| | ☐ 8826  ☐ 8835  ☐ 8844  ☐ 8845  ☐ 8846  ☐ 8847 ......... **4e** | |
| f | Credit for prior year minimum tax (attach Form 8827)...................... **4f** | |
| 5 | Total credits. Add lines 4a through 4f................................... | **5** | |
| 6 | Subtract line 5 from line 3............................................ | **6** | |
| 7 | Personal holding company tax (attach Schedule PH (Form 1120))............ | **7** | |
| 8 | Recapture taxes. Check if from: ☐ Form 4255  ☐ Form 8611............... | **8** | |
| 9a | Alternative minimum tax (attach Form 4626)............................. | **9a** | |
| b | Environmental tax (attach Form 4626) ................................. | **9b** | |
| 10 | Total tax. Add lines 6 through 9b. Enter here and on line 31, page 1......... | **10** | 0 |

### Schedule K   Other Information (See pages 17 and 18 of instructions.)

| | | Yes | No | | | Yes | No |
|---|---|---|---|---|---|---|---|
| 1 | Check method of accounting: | | | 7 | Was the corporation a U.S. shareholder of any controlled foreign corporation? (See sections 951 and 957.)................ | | X |
| a | ☐ Cash   b ☒ Accrual | | | | If "Yes," attach Form 5471 for each such corporation. Enter number of Forms 5471 attached ▶ | | |
| c | ☐ Other (specify) ▶ _____ | | | | | | |
| 2 | Refer to page 19 of the instructions and state the principal: | | | 8 | At any time during the 1994 calendar year, did the corporation have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)?.............. | | X |
| a | Business activity code no. ▶ 3462 | | | | | | |
| b | Business activity ▶ MANUFACTURING | | | | | | |
| c | Product or service ▶ CHROMEPLATING | | | | If "Yes," the corporation may have to file Form TD F 90-22.1 If "Yes," enter name of foreign country ▶ | | |
| 3 | Did the corporation at the end of the tax year own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c)) .... | | X | 9 | Was the corporation the grantor of, or transferor to, a foreign trust that existed during the current tax year, whether or not the corporation has any beneficial interest in it? If "Yes," the corporation may have to file Forms 926, 3520, or 3520-A...... | | X |
| | If "Yes," attach a schedule showing: (a) name and identifying number, (b) percentage owned, and (c) taxable income (or loss) before NOL and special deductions of such corporation for the tax year ending with or within your tax year. | | | 10 | Did one foreign person at any time during the tax year own, directly or indirectly, at least 25% of: (a) the total voting power of all classes of stock of the corporation entitled to vote, or (b) the total value of all classes of stock of the corporation? If "Yes," . | | X |
| 4 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group?................... | | X | a | Enter percentage owned ▶ _____ | | |
| | If "Yes," enter employer identification number and name of the parent corporation ▶ | | | b | Enter owner's country ▶ _____ | | |
| | | | | c | The corporation may have to file Form 5472. Enter number of Forms 5472 attached ▶ | | |
| 5 | Did any individual, partnership, corporation, estate, or trust at the end of the tax year own, directly or indirectly, 50% or more of the corporation's voting stock? (For rules of attribution, see section 267(c).) ........................... | | X | 11 | Check this box if the corporation issued publicly offered debt instruments with original issue discount............ ▶ ☐ | | |
| | | | | | If so, the corporation may have to file Form 8281. | | |
| | If "Yes," attach a schedule showing name and identifying no. (Do not include any information already entered in 4 above.) Enter percentage owned ▶ 67.00% | | | 12 | Enter the amount of tax-exempt interest received or accrued during the tax year ....... ▶ $ _____ | | |
| | SEE STATEMENT 6 | | | 13 | If there were 35 or fewer shareholders at the end of the tax year, enter the number ▶ 2 | | |
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See secs. 301 and 316) ........... | | X | 14 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ......... ▶ ☐ | | |
| | If "Yes," file Form 5452. If this is a consolidated return, answer here for the parent corporation and on Form 851, Affiliations Schedule, for each subsidiary. | | | 15 | Enter the available NOL carryover from prior years (Do not reduce it by any deduction on line 29a.) ▶ $ 2064738 | | |

LWG 101521

Form 1120 (1994)    LWG COMPANY, INC.   31-0686180       Page **4**

## Schedule L — Balance Sheets

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 1534 | | 105 |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | ( ) | | ( ) | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach sch.) SEE ST. 7. | | 957943 | | 934443 |
| 7 Loans to stockholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach sch.) | | | | |
| 10a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | ( ) | | ( ) | |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | ( ) | | ( ) | |
| 14 Other assets (attach schedule) SEE ST. 8 | | 990 | | 990 |
| 15 Total assets | | 960467 | | 935538 |
| **Liabilities and Stockholders' Equity** | | | | |
| 16 Accounts payable | | | | |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach sch.) SEE ST. 9 | | 4044 | | 4044 |
| 19 Loans from stockholders | | 378108 | | 378047 |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (attach sch.) | | | | |
| 22 Capital stock: a Preferred stock | | | | |
|      b Common stock | 40210 | 40210 | 40210 | 40210 |
| 23 Paid-in or capital surplus | | 9178 | | 9178 |
| 24 Retained earnings – Appropriated | | | | |
| 25 Retained earnings – Unappropriated | | 654362 | | 629494 |
| 26 Less cost of treasury stock | | ( 125435) | | ( 125435 ) |
| 27 Total liabilities and stockholders' equity | | 960467 | | 935538 |

**Note:** You are not required to complete Schedules M-1 and M-2 below if the total assets on line 15, column (d) of schedule L are less than $25,000.

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return (See Instructions.)

| | | | | | |
|---|---|---|---|---|---|
| 1 Net income (loss) per books | -24868 | | 7 Income recorded on books this year not included on this return (itemize): | | |
| 2 Federal income tax | | | a Tax-exempt interest $ _____ | | |
| 3 Excess of capital losses over capital gains | | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): _____ | | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | | a Depreciation $ _____ | | |
| a Depreciation $ _____ | | | b Contrib. carryover $ _____ | | |
| b Contributions carryover $ _____ | | | | | |
| c Travel and entertainment $ _____ | | | 9 Add lines 7 and 8 | | 0 |
| 6 Add lines 1 through 5 | -24868 | | 10 Income (line 28, pg 1)-line 6 less line 9. | | -24868 |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| 1 Balance at beginning of year | 654362 | | 5 Distributions: a Cash | | |
| 2 Net income (loss) per books | -24868 | | b Stock | | |
| 3 Other increases (itemize): _____ | | | c Property | | |
| | | | 6 Other decreases (itemize): _____ | | |
| | | | 7 Add lines 5 and 6 | | |
| 4 Add lines 1, 2, and 3 | 629494 | | 8 Balance at end of year (line 4 less In 7). | | 629494 |

*LWG 101522*

Form **851**
(Rev. September 1994)
Department of the Treasury
Internal Revenue Service

**Affiliations Schedule**

▶ **File with each consolidated income tax return**

Tax year ending    9/30    , 19 95

OMB No. 1545-0025

Common parent corporation

LWG COMPANY, INC.

Number, street, and room or suite no. (If a P.O. box, see instructions.)

9461 LESAINT DRIVE

City or town, state, and ZIP code

FAIRFIELD, OH   45014

Employer identification number

31-0686180

**Part I   Prepayment Credits**

| No. | Name and address of corporation | Employer identification number | Portion of Form 7004 tax deposits | Portion of estimated tax credits and deposits |
|---|---|---|---|---|
| 1 | Common parent corporation ................................... | | | |
|   | Subsidiary corporations: | | | |
| 2 | LWG FINISHING CO. 9461 LESAINT DRIVE, FAIRFIELD, OH | 31-1276412 | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
|   | Totals (Must equal amounts shown on the consolidated tax return). .................... ▶ | | | |

**Part II   Voting Stock Information, Principal Business Activity, Etc.** (See instructions.)

| No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? (See instructions.) Yes | No | Number of shares | Percent of voting power | Percent of value | Owned by corporation no. |
|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation | 3462 | | | | | | |
|   | Subsidiary corporations: | | | | | | | |
| 2 | CHROMEPLATING | 3462 | | X | | % | % | 1 |
| 3 | | | | | | % | % | |
| 4 | | | | | | % | % | |
| 5 | | | | | | % | % | |
| 6 | | | | | | % | % | |
| 7 | | | | | | % | % | |
| 8 | | | | | | % | % | |
| 9 | | | | | | % | % | |
| 10 | | | | | | % | % | |

For Paperwork Reduction Act Notice, see instructions.

LWG 101523

Form **851** (Rev. 9-94)

Form 851 (Rev. 9-94) LWG COMPANY, INC. 31-0686180                                                    Page **3**

**Part IV** Additional Information (See Instructions.)

1 During the tax year, did the corporation have more than one class of stock outstanding?

| No. | Name | Answer to Question 1 | | If yes, list and describe each class of stock. |
|---|---|---|---|---|
| | | Yes | No | |
| 2 | LWG FINISHING CO. | | X | |
| | | | | |
| | | | | |
| | | | | |

2 During the tax year, was there any member of the consolidated group that reaffiliated within 60 months of disaffiliation, or was there any member of the affiliated group that was deconsolidated under Rev. Proc. 91-11, 1991-1 C.B. 470 (as modified by Rev. Proc. 91-39, 1991-2 C.B. 694)?

| No. | Name | Answer to Question 2 | | If yes for any part of question 2, list and explain the circumstances. |
|---|---|---|---|---|
| | | Yes | No | |
| 2 | LWG FINISHING CO. | | X | |
| | | | | |
| | | | | |
| | | | | |

3a During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group?

| No. | Name | Answer to Question 3a | | Item 3b (see instructions) | Item 3c (see instructions) | Item 3d (see instructions) |
|---|---|---|---|---|---|---|
| | | Yes | No | | | |
| 2 | LWG FINISHING CO. | | X | % | % | % |
| | | | | % | % | % |
| | | | | % | % | % |
| | | | | % | % | % |

| No. | Item 3e – Description of arrangements. |
|---|---|
| | |
| | |
| | |
| | |

Please Sign Here

Under penalties of perjury, I declare that I have examined this form, including accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete for the tax year as stated.

▶ _____    _____    ▶ _____
Signature of officer                Date                    Title

LWG 101524

| 1994 | FEDERAL STATEMENTS | PAGE 1 |
|---|---|---|
| Client LW6180 | LWG COMPANY, INC. | 31-0686180 |

10:10 am

12/20/95

**STATEMENT 1**
**FORM 1120, LINE 5**
**INTEREST INCOME**

| | | |
|---|---|---|
| VARIOUS ................................................................. | $ | 7 |
| | TOTAL | $ 7 |
| | | ========= |

**STATEMENT 2**
**FORM 1120, LINE 10**
**OTHER INCOME**

| | | |
|---|---|---|
| MISCELLANEOUS .......................................................... | $ | 500 |
| | TOTAL | $ 500 |
| | | ========= |

**STATEMENT 3**
**FORM 1120, LINE 17**
**TAXES AND LICENSES**

| | | |
|---|---|---|
| FRANCHISE TAX .......................................................... | $ | 50 |
| | TOTAL | $ 50 |
| | | ========= |

**STATEMENT 4**
**FORM 1120, LINE 26**
**OTHER DEDUCTIONS**

| | | |
|---|---|---|
| BANK CHARGES ........................................................... | $ | 97 |
| LEGAL AND PROFESSIONAL ................................................. | | 3367 |
| OUTSIDE SERVICES ....................................................... | | 21861 |
| | TOTAL | $ 25325 |
| | | ========= |

LWG 101525

| 1994 | **FEDERAL STATEMENTS** | PAGE 2 |
|---|---|---|
| Client LW6180 | LWG COMPANY, INC. | 31–0686180 |

12/20/95                                                                                          10:10 am

STATEMENT 5
FORM 1120, LINE 29A
NET OPERATING LOSS DEDUCTION

CARRYOVER GENERATED FOR FISCAL YEAR END  9/30/91.. $    234028

   TOTAL UTILIZATION ................................ $           0

   AVAILABLE FOR CARRYOVER TO 1994 ..........................    234028


CARRYOVER GENERATED FOR FISCAL YEAR END  9/30/92.. $    738137

   TOTAL UTILIZATION ................................ $           0

   AVAILABLE FOR CARRYOVER TO 1994 ..........................    738137


CARRYOVER GENERATED FOR FISCAL YEAR END  9/30/93.. $    578335

   TOTAL UTILIZATION ................................ $           0

   AVAILABLE FOR CARRYOVER TO 1994 ..........................    578335


CARRYOVER GENERATED FOR FISCAL YEAR END  9/30/94.. $    514238

   TOTAL UTILIZATION ................................ $           0

   AVAILABLE FOR CARRYOVER TO 1994 ..........................    514238


NET OPERATING LOSSES AVAILABLE IN 1994 ..................... $  2064738

TAXABLE INCOME ............................................    -24868

TOTAL NET OPERATING LOSS DEDUCTION (LIMITED TO TAXABLE INCOME)        0
                                                             =========


STATEMENT 6
FORM 1120, SCHEDULE K, LINE 5
50% OR MORE OWNERS

NAME          : DANIEL GREEN
ID NUMBER     : 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


LWG 101526

| 1994 | FEDERAL STATEMENTS | PAGE 3 |
|------|--------------------|--------|
| Client LW6180 | LWG COMPANY, INC. | 31–0686180 |

12/20/95                                                                     10:10 am

**STATEMENT 7**
**FORM 1120, SCHEDULE L, LINE 6**
**OTHER CURRENT ASSETS**

|  | BEGINNING | ENDING |
|--|-----------|--------|
| SEE SCHEDULE NO. 5 ................................. | $   957943 | $   934443 |
| TOTAL | $   957943 | $   934443 |

**STATEMENT 8**
**FORM 1120, SCHEDULE L, LINE 14**
**OTHER ASSETS**

|  | BEGINNING | ENDING |
|--|-----------|--------|
| SEE SCHEDULE NO. 5 ................................. | $   990 | $   990 |
| TOTAL | $   990 | $   990 |

**STATEMENT 9**
**FORM 1120, SCHEDULE L, LINE 18**
**OTHER CURRENT LIABILITIES**

|  | BEGINNING | ENDING |
|--|-----------|--------|
| SEE SCHEDULE NO. 5 ................................. | $   4044 | $   4044 |
| TOTAL | $   4044 | $   4044 |

LWG 101527

LWG, INC. & SUBSIDIARY
FORM 1120
9/30/95

31-0686180
SCHEDULE NO. 1

END OF YEAR

| INCOME STATEMENT | LWG, INC. 31-0686180 | LWG FINISHING INC. 31-1276412 | TOTAL |
|---|---|---|---|
| GROSS RECEIPTS | $0 | $0 | $0 |
| LESS SALES RETURNS | 0 | 0 | 0 |
| COST OF OPERATIONS | 0 | 0 | 0 |
| GROSS PROFIT | 0 | 0 | 0 |
| DIVIDENDS | 0 | 0 | 0 |
| INTEREST | 6 | 1 | 7 |
| MISC INCOME | 500 | 0 | 500 |
| TOTAL INCOME | 506 | 1 | 507 |
| OFFICER'S SALARIES | 0 | 0 | 0 |
| SALARIES & WAGES | 0 | 0 | 0 |
| REPAIRS | 0 | 0 | 0 |
| BAD DEBTS | 0 | 0 | 0 |
| RENTS | 0 | 0 | 0 |
| TAXES | 50 | 0 | 50 |
| INTEREST | 0 | 0 | 0 |
| CONTRIBUTIONS | 0 | 0 | 0 |
| DEPRECIATION | 0 | 0 | 0 |
| LESS DEPREC CLAIMED IN SCH A | 0 | 0 | 0 |
| EMPLOYEE BENEFIT PROGRAMS | 0 | 0 | 0 |
| OTHER DEDUCTIONS | 25,326 | 0 | 25,326 |
| TOTAL DEDUCTIONS | 25,376 | 0 | 25,376 |
| TAXABLE INCOME BEFORE NOL | (24,870) | 1 | (24,869) |
| LESS NET OPERATING LOSS | 0 | 0 | 0 |
| TAXABLE INCOME | (24,870) | 1 | (24,869) |

LWG 101528

LWG, INC. & SUBSIDIARY
FORM 1120
9/30/95

31-0686180
SCHEDULE NO. 2

| | LWG, INC.<br>31-0686180 | LWG FINISHING INC.<br>31-1276412 | TOTAL |
|---|---|---|---|
| **SCH A - COST OF OPERATIONS** | | | |
| INVENTORY BEG OF YEAR | 0 | 0 | 0 |
| PURCHASES | 0 | 0 | 0 |
| COST OF LABOR | 0 | 0 | 0 |
| ADD'L 253A COSTS | 0 | 0 | 0 |
| OTHER COSTS: LN. 4b | | | |
| FREIGHT | 0 | 0 | 0 |
| WAGE REIMBURSEMENT | | 0 | 0 |
| PAYROLL TAXES | | 0 | 0 |
| CONTRACT LABOR | 0 | 0 | 0 |
| SUPPLIES | 0 | 0 | 0 |
| OFFICER'S EXP | 0 | 0 | 0 |
| INVENTORY END OF YEAR | 0 | 0 | 0 |
| COST OF OPERATIONS | 0 | 0 | 0 |

| | | | |
|---|---|---|---|
| **LINE 17, TAXES** | | | |
| PERSONAL PROPERTY TAX | 0 | 0 | 0 |
| FRANCHISE TAX | 50 | 0 | 50 |
| REAL ESTATE TAX | 0 | 0 | 0 |
| PAYROLL TAX | 0 | 0 | 0 |
| | 50 | 0 | 50 |

LWG 101529

LWG, INC. & SUBSIDIARY
FORM 1120
9/30/95

31-0686180
SCHEDULE NO. 3

| | LWG, INC.<br>31-0686180 | LWG FINISHING INC.<br>31-1276412 | TOTAL |
|---|---|---|---|
| LINE 26 - OTHER DEDUCTIONS | | | |
| GAS & OIL | 0 | 0 | 0 |
| PARKING & MISC. | 0 | 0 | 0 |
| BANK CHARGES | 97 | 0 | 97 |
| AUTO & TRUCK REPAIRS | 0 | 0 | 0 |
| AMORTIZATION | 0 | 0 | 0 |
| COMMISSIONS | 0 | 0 | 0 |
| CREDIT SERVICES | 0 | 0 | 0 |
| DUES & SUBSCRIPTIONS | 0 | 0 | 0 |
| GENERAL INSURANCE | 0 | 0 | 0 |
| LIFE INSURANCE | 0 | 0 | 0 |
| LICENSES & PERMITS | 0 | 0 | 0 |
| OFFICE SUPPLIES | 0 | 0 | 0 |
| CUSTOMER GIFTS | 0 | 0 | 0 |
| OUTSIDE SERVICES | 21,861 | 0 | 21,861 |
| POSTAGE | 0 | 0 | 0 |
| PRINTING | 0 | 0 | 0 |
| PROFESSIONAL FEES | 3,368 | 0 | 3,368 |
| PAYROLL PROCESSING | 0 | 0 | 0 |
| TELEPHONE | 0 | 0 | 0 |
| TRAVEL | 0 | 0 | 0 |
| UNIFORMS | 0 | 0 | 0 |
| UTILITIES | 0 | 0 | 0 |
| HEALTH INSURANCE | 0 | 0 | 0 |
| | 25,326 | 0 | 25,326 |

LWG 101530

LWG, INC. & SUBSIDIARY
FORM 1120
9/30/95

31-0686180
SCHEDULE NO. 4

END OF YEAR

| TITLE | LWG, INC. 31-0686180 | LWG FINISHING INC. 31-1276412 | TOTAL |
|---|---|---|---|
| **ASSETS** | | | |
| CASH | $105 | $0 | $105 |
| TRADE NOTES & ACCTS REC. | 0 | 0 | 0 |
| LESS ALLOWANCE FOR BAD DEBTS | 0 | 0 | 0 |
| OTHER CURRENT ASSETS | 934,443 | 0 | 934,443 |
| LOANS TO STOCKHOLDERS | 0 | 0 | 0 |
| BUILDINGS & OTHER DEPR ASSETS | 0 | 0 | 0 |
| LESS ACCUM. DEPRECIATION | 0 | 0 | 0 |
| LAND | 0 | 0 | 0 |
| OTHER ASSETS | 0 | 990 | 990 |
| TOTAL | $934,548 | $990 | $935,538 |
| **LIABILITIES & EQUITY** | | | |
| ACCOUNTS PAYABLE | $0 | $0 | $0 |
| OTHER CURRENT LIABILITIES | 0 | 4,044 | 4,044 |
| LOANS FROM STOCKHOLDERS | 0 | 378,047 | 378,047 |
| NOTES PAYABLE IN 1 YR OR MORE | 0 | 0 | 0 |
| COMMON STOCK | 39,210 | 1,000 | 40,210 |
| PAID-IN-CAPITAL | 9,178 | 0 | 9,178 |
| FEDERAL TAX REFUND DENIED | 0 | 0 | 0 |
| UNREALIZED LOSS - MARKETABLE SECURITIES | 0 | 0 | 0 |
| RETAINED EARNINGS | 1,011,595 | (382,101) | 629,494 |
| LESS: COST OF TREAS. STOCK | (125,435) | 0 | (125,435) |
| TOTAL | $934,548 | $990 | $935,538 |

LWG 101531

LWG, INC. & SUBSIDIARY
FORM 1120
9/30/95

31-0686180
SCHEDULE NO. 5

END OF YEAR

| TITLE | LWG, INC. 31-0686180 | LWG FINISHING INC. 31-1276412 | TOTAL |
|---|---|---|---|
| **LN. 6, OTHER CURRENT ASSETS** | | | |
| N/R FEINBLANKING | $0 | $0 | $0 |
| N/R EMPLOYEE | 0 | 0 | 0 |
| N/R - FLETCHER | 0 | 0 | 0 |
| INTEREST WITHHELD | 0 | 0 | 0 |
| N/R - LWG FINISHING | 0 | 0 | 0 |
| N/R - MICRONIC | 0 | 0 | 0 |
| INVESTMENT IN LWG FINISHING | 0 | 0 | 0 |
| CERTIFICATE OF DEPOSIT | 0 | 0 | 0 |
| | $0 | $0 | $0 |
| **LN. 14, OTHER ASSETS** | | | |
| WORKER'S COMP DEPOSIT | 0 | 990 | 990 |
| | $0 | $990 | $990 |
| **LN. 17, OTHER CURRENT LIAB.** | | | |
| PAYROLL TAXES WITHHELD | 0 | 0 | 0 |
| N/P - CAR LOAN | 0 | 0 | 0 |
| | $0 | $0 | $0 |

LWG 101532

LWG, INC. & SUBSIDIARY
FORM 1120
9/30/95

31-0686180
SCHEDULE NO. 6

BEGINNING OF YEAR

| TITLE | LWG, INC.<br>31-0686180 | LWG FINISHING INC.<br>31-1276412 | TOTAL |
|---|---|---|---|
| **ASSETS** | | | |
| CASH | $1,474 | $60 | $1,534 |
| TRADE NOTES & ACCTS REC. | O | O | O |
| LESS ALLOWANCE FOR | O | O | O |
| OTHER CURRENT ASSETS | 957,943 | O | 957,943 |
| LOANS TO STOCKHOLDERS | O | O | O |
| BUILDINGS & OTHER DEPR ASSETS | O | O | O |
| LESS ACCUM. DEPRECIATION | O | O | O |
| LAND | O | O | O |
| OTHER ASSETS | O | 990 | 990 |
| TOTAL | $959,417 | $1,050 | $960,467 |
| **LIABILITIES & EQUITY** | | | |
| ACCOUNTS PAYABLE | $0 | $0 | $0 |
| OTHER CURRENT LIABILITIES | O | 4,044 | 4,044 |
| LOANS FROM STOCKHOLDERS | O | 378,108 | 378,108 |
| NOTES PAYABLE IN 1 YR OR MORE | O | O | O |
| COMMON STOCK | 39,210 | 1,000 | 40,210 |
| PAID-IN-CAPITAL | 9,178 | O | 9,178 |
| FEDERAL TAX REFUND DENIED | O | O | O |
| UNREALIZED LOSS - | | | |
| MARKETABLE SECURITIES | O | O | O |
| RETAINED EARNINGS | 1,036,464 | (382,102) | 654,362 |
| LESS: COST OF TREAS. STOCK | (125,435) | O | (125,435) |
| TOTAL | $959,417 | $1,050 | $960,467 |

LWG 101533

LWG, INC. & SUBSIDIARY
FORM 1120
9/30/95

31-0686180
SCHEDULE NO. 7

BEGINNING OF YEAR

| TITLE | LWG, INC. 31-0686180 | LWG FINISHING INC. 31-1276412 | TOTAL |
|---|---|---|---|
| **LN. 6, OTHER CURRENT ASSETS** | | | |
| NOTE REC - LWG FINISHING | 4,044 | 0 | 4,044 |
| NOTE REC - MAURICE GREEN | 918,510 | 0 | 918,510 |
| NOTE REC - HST, INC. | 25,768 | 0 | 25,768 |
| INVESTMENT - SILVER | 8,621 | 0 | 8,621 |
| INVESTMENT IN LWG FINISHING | 1,000 | 0 | 1,000 |
| | $957,943 | $0 | $957,943 |
| **LN. 14, OTHER ASSETS** | | | |
| WORKER'S COMP DEPOSIT | 0 | 990 | 990 |
| | $0 | $990 | $990 |
| **LN. 17, OTHER CURRENT LIAB.** | | | |
| N/P - LWG CO. INC. | 0 | 4,044 | 4,044 |
| | $0 | $4,044 | $4,044 |

LWG 101534

LWG, INC. & SUBSIDIARY
FORM 1120
9/30/95

31-0686180
SCHEDULE NO. 8

| | LWG, INC.<br>31-0686180 | LWG<br>FINISHING INC.<br>31-1276412 | TOTAL |
|---|---|---|---|
| **SCHEDULE M-1** | | | |
| NET INCOME PER BOOKS | (24,870) | 0 | (24,870) |
| FEDERAL INCOME TAX | 0 | 0 | 0 |
| EXCESS CAPITAL LOSSES | | | 0 |
| OVER CAPITAL GAINS | 0 | 0 | 0 |
| LN 5c, | | | |
| OFFICER'S LIFE INSURANCE | 0 | 0 | 0 |
| CONTRIBUTIONS | 0 | 0 | 0 |
| LN 8, BAD DEBTS | 0 | 0 | 0 |
| INCOME PER RETURN | ($24,870) | $0 | ($24,870) |

| | | | |
|---|---|---|---|
| **SCHEDULE M-2** | | | |
| BALANCE BEGINNING OF YEAR | 1,036,465 | (382,102) | 654,363 |
| NET INCOME PER BOOKS | (24,870) | 1 | (24,869) |
| FEDERAL TAX REFUND DENIED | 0 | 0 | 0 |
| DECREASE IN | | | |
| UNREALIZED LOSS - | 0 | | 0 |
| MARKETABLE SECURITIES | 0 | 0 | 0 |
| | $1,011,595 | ($382,101) | $629,494 |

LWG 101535

| Form **7004** (Rev. May 1994) Department of the Treasury Internal Revenue Service | **Application for Automatic Extension of Time To File Corporation Income Tax Return** | OMB No. 1545-0233 |
|---|---|---|

Name of corporation

**LWG COMPANY, INC.**

Employer identification number

**31-0686180**

Number, street, and room or suite no. (if a P.O. box, see instructions.)

**9461 LESAINT DRIVE**

City or town, state, and ZIP code

**FAIRFIELD, OH  45014**

Check type of return to be filed:

☒ Form 1120  ☐ Form 1120-F  ☐ Form 1120-L  ☐ Form 1120-POL  ☐ Form 1120S
☐ Form 1120-A  ☐ Form 1120-FSC  ☐ Form 1120-ND  ☐ Form 1120-REIT  ☐ Form 990-C
☐ Form 1120-SF  ☐ Form 1120-H  ☐ Form 1120-PC  ☐ Form 1120-RIC  ☐ Form 990-T

Form 1120-F filers: Check here if you do not have an office or place of business in the United States. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**1a** I request an automatic 6-month (or, for certain foreign corporations, 3-month) extension of time until ___6/17___, 19 _96_, to file the income tax return of the corporation named above for ▶ ☐ calendar year 19 ____ or ▶ ☒ tax year beginning ___10/01___ , 19 _94_ , and ending ___9/30___ , 19 _95_ .

**b** If this tax year is for less than 12 months, check reason:

☐ Initial return          ☐ Final return          ☐ Change in accounting period          ☐ Consolidated return to be filed

**2** If this application also covers subsidiaries to be included in a consolidated return, complete the following:

| Name and address of each member of the affiliated group | Employer Identification number | Tax period |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | | |
|---|---|---:|---:|
| **3** | Tentative tax (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 0 |
| **4** | Credits: | | |
| **a** | Overpayment credited from prior year . . . . . .  | **4a** | |
| **b** | Estimated tax payments for the tax year. . . . .  | **4b** | |
| **c** | Less refund for the tax year applied for on Form 4466 . . . . . . . . . . . . . . . . . . . .  **4c** ( ) Bal ▶ | **4d** | 0 |
| **e** | Credit from regulated investment companies . . . . . . . . . . . . . . . . . . . . . . . . . . | **4e** | |
| **f** | Credit for Federal tax on fuels. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4f** | |
| **5** | Total. Add lines 4d through 4f. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 0 |
| **6** | Balance due. Subtract line 5 from line 3. Deposit this amount with a Federal Tax Deposit (FTD) Coupon (see instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 0 |

Signature.—Under penalties of perjury, I declare that I have been authorized by the above-named corporation to make this application, and to the best of my knowledge and belief, the statements made are true, correct, and complete.

_____ (Signature of officer or agent)     _____ (Title)     _____ (Date)

For Paperwork Reduction Act Notice, see instructions.

Form **7004** (Rev. 5-94)

H884

Form R    12/20/95    785

FILE WITH

**City or Village of FAIRFIELD**

ON OR BEFORE **07/31/96**

**1994 FAIRFIELD INCOME TAX RETURN**

FILING REQUIRED EVEN IF NO TAX DUE

FOR THE CALENDAR YEAR **1994**
OR FISCAL PERIOD **10/01/94** TO **09/30/95**

MAKE CHECK OR MONEY ORDER PAYABLE TO

**FAIRFIELD INCOME TAX**

ACCOUNT # _____

NAME OF EMPLOYER _____
ADDRESS: Street _____
City _____

TAXPAYER'S NAME AND ADDRESS

**LWG CO, INC & LWG FINISHING CONSOLIDATED
9461 LESAINT DRIVE
FAIRFIELD, OH  45014**

TELEPHONE:
Home _____
Business _____

FEDERAL ID# **31-0686180**
TAXPAYER SS# _____
SPOUSE SS# _____

ARE YOU A CITY RESIDENT? YES [X] NO [ ]
DID YOU FILE A PREVIOUS YEAR RETURN? YES [X] NO [ ]
HAS IRS INCREASED YOUR INCOME TAX LIABILITY FOR ANY PRIOR YEAR? YES [ ] NO [X]
IF SO, HAS AN AMENDED CITY INCOME TAX RETURN BEEN FILED? YES [ ] NO [X]
PRINCIPAL BUSINESS ACTIVITY: **CHROMEPLATING**

IF MOVED SINCE THE PREVIOUS FINAL RETURN WAS DUE GIVE DATE:
INTO CITY _____ OR OUT OF _____
TYPE OF BUSINESS: [X] CORP [ ] PARTN [ ] SOLE PROP
IF OTHER EXPLAIN: _____

**NOTE: Page 2 must be completed if you have taxable rental property or business income.**

1. WAGES, SALARIES, TIPS AND OTHER EMPLOYEE COMPENSATION (ATTACH ALL W-2'S) .................... $ _____
2. OTHER TAXABLE INCOME OR DEDUCTIONS FROM PAGE 2 ............................................... $ _____
3. TAXABLE INCOME: LINE 1 PLUS LINE 2 .......................................................... $ _____
4. MUNICIPAL TAX  **1.500**  % OF LINE 3 ......................................................... $ _____

5. CREDITS:
   A. TAX WITHHELD BY EMPLOYER ............................................... $ _____
   B. ESTIMATED TAX PAID ..................................................... $ _____
   C. CREDIT FOR TAXES PAID TO OTHER CITIES .................................. $ _____
   D. PRIOR YEAR OVERPAYMENTS ................................................ $ _____
   E. OTHER CREDITS .......................................... $ _____
   F. TOTAL CREDITS ...................................................................... $ _____

6. TAX DUE (IF LINE 4 IS GREATER THAN LINE 5F, PAYMENT OF BALANCE MUST ACCOMPANY THIS RETURN)....... $ _____ 0
7. PENALTY ................. $ _____ PLUS INTEREST ......... $ _____ $ _____

8. AMOUNT DUE BEFORE ESTIMATED TAXES ........................................................... $ _____
9. OVERPAYMENT: REFUNDED.... $ _____ OR CREDITED TO EST. TAXES... $ _____

**DECLARATION OF ESTIMATED TAX FOR YEAR 1995**

10. INCOME SUBJECT TO TAX...... $ _____ TIMES TAX RATE OF **1.500%** FOR GROSS TAX OF $ _____
11. LESS EXPECTED TAX CREDITS:
    A. TAX WITHHELD BY EMPLOYER .............................................. $ _____
    B. OVERPAYMENT FROM PRIOR YEAR(S)........................................ $ _____
    C. PAYMENTS ON TAXABLE INCOME TO ANOTHER MUNICIPALITY.................... $ _____
    D. TOTAL CREDITS ..................................................................... $ _____
12. NET TAX DUE (LINE 10 LESS LINE 11D)........................................................ $ _____
13. AMOUNT PAID WITH THIS DECLARATION (NOT LESS THAN 1/4 OF LINE 12)........................... $ _____
14. BALANCE OF ESTIMATED TAX ...................................................... $ _____

| TOTAL AMOUNT DUE | $ _____ 0 (LINE 8) + $ _____ 0 (LINE 13) = | 0 |

I CERTIFY THAT I HAVE EXAMINED THIS RETURN (INCLUDING ACCOMPANYING SCHEDULES AND STATEMENTS) AND TO THE BEST OF MY KNOWLEDGE AND BELIEF IT IS TRUE, CORRECT & COMPLETE. IF PREPARED BY PERSON OTHER THAN TAXPAYER, THE DECLARATION IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**12/20/95**

Signature of Preparer                                    Date          Signature of Taxpayer                              Date
**SCHULTE & UHRIG, CPAs
4755 CORNELL RD.**                          LWG 101537
CINCINNATI  OH  45241                                                  Signature of Taxpayer                              Date

Copyright Accountware, Inc. Cincinnati Ohio 1994

12/20/95    785                                    31-0686180   LWG CO, INC & LWG FINISHING

**\* \* \* DO NOT USE THIS PAGE IF YOUR ONLY SOURCE OF INCOME IS FROM WAGES, DIVIDENDS OR INTEREST \* \* \***
**AND YOU ARE NOT ENTITLED TO DEDUCT BUSINESS EXPENSES FROM SUCH WAGES.**

Form R                                                                                          Page 2

## SCHEDULE C — BUSINESS INCOME

1. ATTACH COPIES OF FEDERAL SCHEDULES (ENTER TOTAL INCOME FROM SCHEDULES)..................... $ −24,868
2. A. ITEMS NOT DEDUCTIBLE (FROM LINE M SCHEDULE X) ...................... $ 50
   B. ITEMS NOT TAXABLE (FROM LINE Z SCHEDULE X)........................ $ 7
   C. DIFFERENCE BETWEEN LINES 2A AND 2B TO BE ADDED TO OR SUBTRACTED FROM LINE 1............... $ 43
3. A. ADJUSTED INCOME (LINE 1 PLUS OR MINUS 2C IF SCHEDULE X IS USED) ........................... $ −24,825
   B. AMOUNT OF LINE ABOVE ALLOCABLE   100.0000   % FROM STEP 5 SCHEDULE Y.............. $ −24,825
4. NET OPERATING LOSS FROM PRIOR YEARS, IF ALLOWED.......................................... $ 2,377,437
5. NET BUSINESS INCOME ................................................................... $ −2,402,262

## SCHEDULE E — INCOME FROM RENTS (ATTACH STATEMENT EXPLAINING COLUMNS 3, 4 AND 5)

| 1. KIND & ADDRESS OF PROPERTY | 2. RENT AMOUNT | 3. DEPRECIATION | 4. REPAIRS | 5. OTHER EXPENSES | 6. NET INCOME (LOSS) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| NET INCOME (OR LOSS) SCHEDULE E ......... $ | | | | | |

## SCHEDULE H — OTHER INCOME NOT INCLUDED IN SCHEDULE E FROM PARTNERSHIPS, S CORPORATIONS, ESTATES, TRUSTS, FEES, ETC.

| RECEIVED FROM | FOR (DESCRIBE) | AMOUNT |
|---|---|---|
| | | |
| TOTAL INCOME SCHEDULE H.......... $ | | |

ADD TOTALS OF SCHEDULES C, E & H.  ENTER HERE AND ON LINE 2, PAGE 1............................ $

## SCHEDULE X — RECONCILIATION WITH FEDERAL INCOME TAX RETURN

| ITEMS NOT DEDUCTIBLE | | ITEMS NOT TAXABLE | |
|---|---|---|---|
| A. NET LOSS FROM CAPITAL OR OTHER ASSETS.. $ | | N. CAPITAL GAINS (FROM FED. SCHEDULE). $ | |
| B. EXPENSES APPLICABLE TO NON-TAXABLE INCOME ... $ | | O. INTEREST ..................... $ | 7 |
| C. INCOME TAXES ................... $ | 50 | P. DIVIDENDS ................... $ | |
| D. LOSS CARRIED BACK ............... $ | | Q. ROYALTY INCOME (INTANGIBLE) .. $ | |
| E. LOSS CARRIED FORWARD PER FED. RETURN .. $ | | R. OTHER (EXPLAIN)_____ $ | |
| F. PYMTS. TO PARTNERS OR COMP. OF S CORP OFFICERS $ | | $ | |
| G. SICK PAY NOT INCLUDED ON PAGE 1........ $ | | $ | |
| H. CONTRIBUTIONS .................. $ | | $ | |
| I. OTHER (EXPLAIN)_____ $ | | | |
| M. TOTAL ADDITIONS ................ $ | 50 | Z. TOTAL DEDUCTIONS .......... $ | 7 |

## SCHEDULE Y — BUSINESS ALLOCATION FORMULA

| | A. LOCATED EVERYWHERE | B. LOCATED IN CITY | C. PERCENTAGE (B ÷ A) |
|---|---|---|---|
| STEP 1. AVERAGE VALUE REAL & TANGIBLE PERSONAL PROPERTY.. $ | $ | | |
| GROSS ANNUAL RENTALS MULTIPLIED BY 8 ............. $ | | | |
| TOTAL OF STEP 1 .......... $ | $ | | % |
| STEP 2. TOTAL WAGES, SALARIES, COMMISSIONS AND OTHER COMPENSATION PAID TO ALL EMPLOYEES ............. $ | $ | | % |
| STEP 3. GROSS RECEIPTS FROM SALES AND WORK/SERVICES PERFORMED .. $ | $ | | % |
| STEP 4. TOTAL OF PERCENTAGES ................. | | | % |
| STEP 5. AVERAGE PERCENTAGE (DIVIDE TOTAL PERCENTAGES BY NUMBER OF PERCENTAGES USED) ENTER HERE AND ON LINE 3B ..... | | | 100.0000% |

Copyright Accountware, Inc., Cincinnati, Ohio 1994

```
LWG CO, INC & LWG FINISl  IG                          31-0686180
FAIRFIELD City Return Subschedule (Non-resident/Business)    785
```

NOL CARRYFORWARD

| City | 1989 | 1990 | 1991 | 1992 | 1993 | Total |
|------|------|------|------|------|------|-------|
| FAIRFIEL | 199,611 | 240,662 | 782,740 | 634,182 | 520,242 | 2,377,437 |
| | 199,611 | 240,662 | 782,740 | 634,182 | 520,242 | 2,377,437 |

LWG 101539