# EXHIBIT A

United States
**Environmental Protection Agency**
**Criminal Investigation Division**

## Memorandum of Interview

| 1. Case Title: Maurice Green | 2. Case Number: 0501-0054 |
|---|---|
| 3. Person Interviewed: Dan Green | 4. Office: Cleveland, Ohio |
| 5. Location of Interview: Cincinnati, OH | 6. Date of Interview: 11/22/96 |

On November 22, 1996, Dan Green was interviewed in a proffer session at the United States Courthouse in Cincinnati, Ohio. Present during the proffer were Special Agent (SA) Nicholas Gillispie, EPA-CID, SA Tracey Heinlein, FBI-Cincinnati, Ohio, Assistant United States Attorney (AUSA) Kathleen Brinkman, and Karen Caldwell, counsel for Dan Green. Green was asked if he had been briefed and understood the conditions of the proffer, he responded that he did. Green provided the following information:

**REDACTED**

| REPORT MADE BY: | Name: (Typed or Printed) Nicholas H. Gillispie, Special Agent | Date Signed: |
|---|---|---|
| | Signature: [signature] | 1/16/97 |
| APPROVING OFFICIAL: | Name: (Typed or Printed) Louis M. Halkias, Special Agent in Charge | Date Signed: |
| | [signature] | 2/16/97 |

 of the EPA. It is the property of the
 e distributed outside your agency.

Page 1 of 4 pages
CID Form 008 (5/94)

| United States<br>**Environmental Protection Agency**<br>**Criminal Investigation Division** | 2. Case Number:<br>0501-0054 |
|---|---|
| **Continuation Sheet** | |

**REDACTED**

This document contains neither recommendations nor conclusions of the EPA. It is the property of the EPA and is loaned to your agency; it and its cont. are not to be distributed outside your agency.

Page 2 of 4 pages

CID Form 8a (5/94)

| United States<br>Environmental Protection Agency<br>Criminal Investigation Division | 2. Case Number:<br>0501-0054 |
|---|---|

## Continuation Sheet

REDACTED

The LWG Company went Bankrupt, Green claims it is still an active company with no assets. Omni Properties, an Ohio Corporation, bought the building. Omni Properties, which is owned by Sam Green, stepson of Maurice, owns the building at 9461 Le Saint Drive. Sam Works for Reva Enterprises, a company which buys "fire sale" real estate. Sam Green bought the building in 1993 or 1994 from LWG.

Green, in regard to the finishing company, pays rent to Omni Properties. The two other co-located companies, Feinblanking and Strong manufacturing also pay rent to Omni. All three tenants pay their own taxes, insurance and utilities.

Sam Green bought the building, paid the taxes and dealt with all financial matters. Green claims neither he, nor his father had any involvement in the deal. Green thinks he may have received $15,000 dollars from the buyout.

REDACTED

Green acknowledged that he had hid money from the U.S. EPA after learning that he may be held partially responsible for cleanup of the Green Industries site on Kemper Road. He moved the money on advice of his lawyer, Gary Hoffman and his accountant, Neil Shulte.

REDACTED

This document contains neither recommendations nor conclusions of the EPA. It is the property of the EPA and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Page 3 of 4 pages
CID Form 8a (5/94)

| United States<br>**Environmental Protection Agency**<br>**Criminal Investigation Division** | 2. Case Number:<br>0501-0054 |
|---|---|

### Continuation Sheet

Green moved approximately $200,000 dollars into his wife's account in 1990. He borrowed money from his wife, approximately $225,000, to buy the finishing company. Green also transferred his house, worth approximately $200,000, into his wife's name in 1990. Dan also had stock in his name from Afton Development that he transferred into his wife's name. The stock was worth approximately $100,000 - $150,000. Green's car is also in his wife's name. Green stated he did not transfer any money in amounts over &10,000 into his children's accounts or any other family member.

**REDACTED**

Dan and his wife had a joint account in 1990 worth approximately $500,000. This money consisted of various stocks, bonds and cash. Green took his name off all of this and left it solely in his wife's name. Green claimed that he was a thrifty person and had saved this money over the years. Green advised he made theses transfers to protect his money from U.S. EPA Superfund which was conducting a Cost Recovery Investigation.

**REDACTED**

This document contains neither recommendations nor conclusions of the EPA. It is the property of the EPA and is loaned to your agency; it and its contents are not to be distributed outside your agency.