UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL GREEN, L.W.G. CO., ) <br> INC. f/k/a GREEN INDUSTRIES ) <br> INC., THE ESTATE OF MAURICE GREEN ) <br> DANIEL GREEN IN HIS CAPACITY AS ) <br> THE PERSONAL REPRESENTATIVE OF THE ) <br> ESTATE OF MAURICE GREEN, and ) <br> HARD SURFACE TECHNOLOGY, INC. ) <br> ) <br> Defendants ) <br> ) <br> and ) <br> ) <br> SAUNDRA GREEN, wife of ) <br> DEFENDANT DANIEL GREEN, ) <br> ) <br> Rule 19 Defendant. ) | CIVIL ACTION NO. 1:00cv637 <br><br> Judge Susan J. Dlott |

\* \* \* \* \* \* \* \* \* \*
**MOTION FOR LEAVE TO FILE SURREPLY TO THE
REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR
LEAVE TO FILE THIRD AMENDED COMPLAINT**
\* \* \* \* \* \* \* \* \* \*

Defendants Daniel Green, L.W.G. Co. Inc. f/k/a Green Industries Inc. and Hard Surface Technology, Inc. move the Court for leave to file the attached Surreply in response to the United States' Reply in support of its motion for leave to file a third amended Complaint.

As grounds for this motion, Defendants state that the United States' reply was not limited to matters newly raised by Defendants' response and cites evidence not properly before the Court.

Wherefore, Defendants respectfully request that the Court grant Defendants leave to file the attached surreply for good cause as provided by L.R. 7.2(a)(2).

Respectfully submitted,

/s/Philip J. Schworer
Philip J. Schworer (0036982)
Greenebaum Doll & McDonald PLLC
2800 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202-4728

-AND-

David A. Owen
Greenebaum Doll & McDonald PLLC
300 W. Vine Street, Suite 1100
Lexington, Kentucky 40507

COUNSEL FOR DEFENDANTS
DANIEL GREEN, L.W.G. CO. INC.,
AND HARD SURFACE TECHNOLOGY, INC