David J. Schmitt  (0055550)
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Civil Action No. C-1-00637 |
| Plaintiff, | (Judge Dlott) |
| vs. | |
| **DANIEL GREEN, et al.,** | **RESPONSE OF DEFENDANT THE ESTATE OF MAURICE GREEN TO THE COURT'S SHOW CAUSE ORDER** |
| Defendant. | |

Now come Defendants the Estate of Maurice Green and Daniel Green, in his capacity as the personal representative of the Estate of Maurice Green ("the Estate"), and submits this response to the Court's Show Cause Order.

On October 28, 2002, the United States filed a Motion for Summary Judgment in regard to its claims against the Estate. To date, the Estate has not filed a response to this Motion. On July 8, 2004, this Court issued an Order to the Estate to show cause why judgment should not be granted against it.

The Estate does not wish the Court to believe that it has disregarded this Court or the Rules of Civil Procedure. Neither does it wish the Court to interpret the Estate's failure to respond to the government's Motion for Summary Judgment as an admission of liability. The Estate's silence is rather a simple reflection of the resources available to it. In short, the Estate has no assets. Documentation was provided to the United States long ago showing that the Estate had a negative net worth. Indeed, monies had to be

put into the Estate in order for it to be closed.  To date, the considerable costs of defending the Estate have been borne by the personal representative of the Estate, Daniel Green.  Given that the Estate has no funds to continue its defense, and based on the very significant costs which would be necessary to oppose the government's Motion, as well as to continue this litigation, the Estate has no alternative but to allow judgment to be entered against it.

Therefore, while this response should not be taken as an admission of liability, the Estate of Maurice Green must regretfully state that it is unable to respond to the United States' Motion for Summary Judgment.

Respectfully submitted,

/s/ David J. Schmitt
David J. Schmitt (0055550)
CORS & BASSETT, LLC
537 East Pete Rose Way, Suite 400
Cincinnati, Ohio  45202
(513) 852-8200 – telephone
(513) 852-8222 – facsimile
Trial Attorney for Defendants the Estate of Maurice Green and Daniel Green, in his capacity as the personal representative of the Estate of Maurice Green

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served electronically on this 9th day of August, 2004, upon the following:

Jeffrey Spector, Esq.
Environmental Enforcement Section
Environmental and Natural Resources Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044; and

David A. Owen, Esq.
GREENBAUM, DOLL & McDONALD
333 West Main Street
Suite 1400
Lexington, Kentucky 40507.

/s/ David J. Schmitt
David J. Schmitt