# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

United States of America,
    Plaintiff

Case No. 1:00cv637
(Watson, J.)

v.

Daniel Green, et al.,
    Defendant.

## ORDER

This matter is before the Court upon Plaintiff and Defendants' Joint Status Report. (Doc. 73) In their Report, the parties state that they are currently engaged in settlement negotiations, and that the outcome of these negotiations would be known on or before December 1, 2004.

The parties are ordered to file a joint status report regarding the settlement of this matter within thirty (30) days from entry of this Order.

**SO ORDERED.**

_____
Michael H. Watson, Judge
United States District Court