UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff(s),

    v.                                                Case No. 1:00cv637

                                                    (Judge Michael H. Watson)

Daniel Green, et al.,

    Defendant(s).

**Notice**

    Please take notice that the above-captioned case has been set for a scheduling conference before the Honorable Michael H. Watson on:

Wednesday, July 6, 2005, at 9:30 am
Eighth Floor, Potter Stewart U.S. Courthouse

                                          Michael H. Watson
                                          United States District Judge


                                          s/Barbara A. Crum
                                          Courtroom Deputy

cc:    All Counsel
bac    May 17, 2005