UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff(s),

    v.                                       Case No. 1:00cv637

                                               (Judge Michael H. Watson)

Daniel Green, et al.,

    Defendant(s).

## CIVIL MINUTES
### Scheduling Conference

**HONORABLE MICHAEL H. WATSON, U.S. DISTRICT JUDGE**
**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Grace Royalty
**COURT REPORTER:**
**DATE:** July 6, 2005     Time: Commenced 9:35 a.m. Concluded 10:06 a.m. Total :31 mins

Attorney for Plaintiff(s): _____
Jeffrey Spector

Attorney for Defendant(s): _____
David Owen

## PROCEDURES

✓ Counsel Present.

✓ Schedule set. — — Calendar to be set after parties submit updated discovery plan.
    Amended Pleadings:
    Discovery:
    Dispositive:
    Jury Instructions:
    FPTCO:
    FPTC:
    J / B Trial:

_____ Order to issue.

J:\Barbara\CivilNotices by Case Number\2000\00-637.wpd