IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            : | |
| :                                                              | |
| Plaintiff(s)             : | |
| :                                                              | Case Number: 1:00cv637 |
| vs.                                         : | |
| :                                                              | |
| DANIEL GREEN, et al,                   : | |
| :                                                              | |
| Defendant(s)            : | |

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Michael H. Watson to the docket of The Honorable Susan J. Dlott.

IT IS SO ORDERED.

    s/Michael H. Watson
Michael H. Watson
United States District Judge


    s/Susan J. Dlott
Susan J. Dlott
United States District Judge