UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:00cv637 |
| DANIEL GREEN; L.W.G. CO., INC. f/k/a GREEN INDUSTRIES, INC.; THE ESTATE OF MAURICE GREEN; and DANIEL GREEN IN HIS CAPACITY AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF MAURICE GREEN; | ) ) ) ) ) ) ) | Hon. Susan J. Dlott |
| Defendants, | ) ) | |
| and | ) ) | |
| SAUNDRA GREEN, wife of DEFENDANT DANIEL GREEN, and OMNI INDUSTRIAL PROPERTIES, INC., | ) ) ) ) | |
| Rule 19 Defendants. | ) ) | |

**UNITED STATES'**
**NOTICE OF LODGING OF CONSENT DECREE**

The United States of America, by and through its undersigned attorneys, respectfully lodges the attached proposed Consent Decree with this Court.

1.      The United States, on behalf of the Administrator of the United States Environmental Protection Agency ("EPA"), filed a complaint in this matter pursuant to Section 107 of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, 42 U.S.C. § 9607, as amended ("CERCLA"), seeking reimbursement of response costs

incurred or to be incurred for response actions taken or to be taken at or in connection with the release or threatened release of hazardous substances at a site formerly owned by Green Industries, Inc., located at 3603 East Kemper Road in Sharonville, Hamilton County, Ohio ("the Site")..

2.      A proposed Consent Decree has been signed by authorized representatives of Daniel Green; the Estate of Maurice Green; Daniel Green in His Capacity as the Personal Representative of the Estate of Maurice Green; and Saundra Green.

3.      The Court should not enter the attached proposed Consent Decree until the public has had an opportunity to comment and the United States has addressed those comments, if any.

4.      In accordance with 28 C.F.R. § 50.7 (1996), following the lodging of the proposed Consent Decree, the United States Department of Justice will publish notice of the Consent Decree in the Federal Register to commence a thirty-day comment period.

5.      If the United States receives any public comments, it will consider and file with the Court any written comments on the proposed Consent Decree along with the United States' response to those comments.

6.      The United States may withdraw or withhold its consent to the proposed Consent Decree if the comments disclose facts or considerations which indicate that the proposed Consent Decree is improper, inappropriate, inadequate, or not in the public interest.

7.      At the conclusion of the public comment period, the United States will either: (1) notify the Court of its withdrawal of the proposed Consent Decree, or (2) respond to comments received and move this Court to enter the proposed Consent Decree.

8.      This commenting procedure is also identified and articulated in the proposed Consent Decree itself.  <u>See</u> Consent Decree, Paragraph Nos. 30 and 31.

Wherefore, the United States respectfully gives notice of the lodging of the Consent Decree.

                  Respectfully submitted,

                  SUE ELLEN WOOLRIDGE
                  Assistant Attorney General
                  Environment and Natural Resources Division
                  United States Department of Justice

Dated: January 11, 2006          /s/ Jeffrey A. Spector
                  JEFFREY A. SPECTOR
                  Environmental Enforcement Section
                  U.S. Department of Justice
                  P.O. Box 7611
                  Ben Franklin Station
                  Washington, D.C.  20044
                  (202) 514-4432

                  GREGORY G. LOCKHART
                  United States Attorney
                  GERALD F. KAMINSKI (OO12532)
                  Deputy Civil Chief
                  Office of the United States Attorney
                  221 East Fourth Street, Suite 400,
                  Cincinnati, OH  45202
                  Tel:  (513) 684-3711
                  Fax:  (513) 684-6710

OF COUNSEL:

RICHARD R. WAGNER
Associate Regional Counsel
U.S. Environmental Protection Agency
Region 5
77 West Jackson Blvd.
Chicago, IL  60604
(312) 886-7947

## CERTIFICATE OF SERVICE

    I, Jeffrey A. Spector, an attorney, certify that on January 11, 2006, I electronically filed the foregoing **United States' Notice of Lodging of Consent Decree** with the Clerk of the Court using the CM/ECF system which shall send notification of such filing to the following:

        Nancy J. Bride
        Gerald Francis Kaminski
        David A. Owen
        David J. Schmitt
        Philip J. Schworer

      /s/ Jeffrey A. Spector
      JEFFREY A. SPECTOR
      Environmental Enforcement Section
      U.S. Department of Justice
      P.O. Box 7611
      Ben Franklin Station
      Washington, D.C.  20044
      (202) 514-4432