UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. C-1-00-637 |
| v. ) | |
| ) | |
| DANIEL GREEN, L.W.G. CO., ) | |
| INC. f/k/a GREEN INDUSTRIES ) | Judge Susan J. Dlott |
| INC., THE ESTATE OF MAURICE GREEN ) | |
| and DANIEL GREEN IN HIS CAPACITY AS ) | |
| THE PERSONAL REPRESENTATIVE OF THE ) | |
| ESTATE OF MAURICE GREEN, ) | |
| ) | |
| Defendants ) | |
| and ) | |
| ) | |
| SAUNDRA GREEN, wife of ) | |
| DEFENDANT DANIEL GREEN, ) | |
| ) | |
| Rule 19 Defendant. ) | |

\* \* \* \* \* \* \* \* \* \*

**RESPONSE IN SUPPORT OF PLAINTIFF'S
MOTION TO ENTER CONSENT DECREE**

\* \* \* \* \* \* \* \* \* \*

Defendant Daniel Green and Third-Party Defendant Saundra Green submit this response in support of Plaintiff's May 4, 2006 Motion to Enter Consent Decree. Defendants support entry of the Consent Decree lodged on January 11, 2006 on the grounds that the Consent Decree is fair, reasonable and consistent with the purposes of Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. §§ 9601 et seq.

Respectfully submitted,

/s/ David A. Owen_____
Philip J. Schworer (0036982)
Greenebaum Doll & McDonald PLLC
2800 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202-4728

-AND-

David A. Owen
Greenebaum Doll & McDonald PLLC
300 W. Vine Street, Suite 1100
Lexington, Kentucky 40507

COUNSEL FOR DEFENDANT
DANIEL GREEN AND THIRD-PARTY
DEFENDANT SAUNDRA GREEN

CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

W. Benjamin Fisherow
Deputy Chief
Jeffrey A. Spector
Trial Attorney
Environmental Enforcement Section
Environmental and Natural Resources Division
U.S. Department of Justice
Ben Franklin Station,
P.O. Box 7611
Washington, DC 20004

Gregory G. Lockhart
United States Attorney
Southern District of Ohio
Gerald F. Kaminski
Deputy Civil Chief
Office of the United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202

Richard R. Wagner
Associate Regional Counsel
U.S. Environmental Protection Agency-Region 5
77 West Jackson Blvd.
Chicago, IL 60604

David J. Schmitt
Cors & Bassett
537 E. Pete Rose Way
#400
Cincinnati, Ohio 45202

on this 12th day of May, 2006.

                                              /s/ David A. Owen
                                              COUNSEL FOR DEFENDANT
                                              AND THIRD-PARTY DEFENDANT

Lex.706478.1