# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA,

                                               Case Number:   1:00cv637

     V.

DANIEL GREEN, et. Al.,                    District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that Status Conference in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | TO BE DONE BY TELEPHONE |
| | DATE AND TIME |
| | May 30, 2006 at 2:00 PM |

                                      JAMES BONINI, CLERK

                                      ___s/William Miller_____
                                      William Miller
                                      Case Manager
                                      (513) 564-7630

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

                                  www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.