### Page 1

```
                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF OHIO
                      WESTERN DIVISION
                           - - -

UNITED STATES OF AMERICA,    :
              Plaintiff      :
                             : CASE NO. C-1-00-637
         -vs-                :
                             :
DANIEL GREEN, et al.,        :
              Defendants     :
                           - - -

        Deposition of BEVERLY ROBIN GRINSTEAD, a
witness herein, taken by the plaintiff as upon
direct examination pursuant to the Federal Rules of
Civil Procedure and pursuant to agreement among
counsel as to time and place and stipulations
hereinafter set forth, at the Offices of the United
States Attorney, 221 East Fourth Street, Suite 400,
Cincinnati, Ohio, at 9:00 a.m., on Tuesday, January
8, 2002, before Pamela S. Giglio, a notary public
within and for the State of Ohio.
                         - - -

               GIGLIO REPORTING SERVICES
                    3 Cypress Garden
                  Cincinnati, Ohio  45220
                     (513) 861-2200
```

### Page 2

```
APPEARANCES:

    On behalf of the Plaintiff:

         JEFFREY A. SPECTOR, ESQ.
              of
         U.S. DEPARTMENT OF JUSTICE
         ENVIRONMENT & NATURAL RESOURCES DIVISION
         ENVIRONMENTAL ENFORCEMENT SECTION
         P.O. Box 7611
         Ben Franklin Station
         Washington, D.C., 20044-7611

    On behalf of Daniel Green, Saundra Green,
    and L.W.G. Co., Inc. f/k/a Green Industries,
    Inc.

         DAVID A. OWEN, ESQ.
              of
         GREENEBAUM DOLL & MCDONALD, PLLC
         333 West Vine Street
         Suite 1400
         Lexington, Kentucky, 40507

    For the Estate of Maurice Green:

         DAVID J. SCHMITT
              of
         CORS & BASSETT, LLC
         537 East Pete Rose Way
         Suite 400
         Cincinnati, Ohio, 45202-3502

    Also Present:  DANIEL GREEN
                   KENNETH ROWE
                         - - -
```

### Page 3

```
               S T I P U L A T I O N S

         It is stipulated by and among counsel for
the respective parties that the deposition of
BEVERLY ROBIN GRINSTEAD, a witness herein, may be
taken at this time by the plaintiff as upon direct
examination pursuant to the Federal Rules of Civil
Procedure and pursuant to Subpoena and Notice of
Deposition; that the deposition may be taken in
stenotype by the notary public-court reporter and
transcribed by her out of the presence of the
witness; that the transcribed deposition is to be
submitted to the witness for her examination and
signature, and that signature may be affixed out of
the presence of the notary public-court reporter.
                         - - -
```

### Page 4

```
                    E X H I B I T S
Deposition Exhibits:                   Marked for ID
No. 21                                       43
    Document put together by Robin Grinstead
No. 22                                       44
    Fax cover page plus Vehicle Purchase Contract
    and related documents
No. 23                                       56
    February Phone Notes
No. 24                                       56
    Handwritten Phone Log
No. 25                                       56
    Handwritten Phone Log
No. 26                                       56
    Typewritten log dated Jan.-February 1989
No. 27                                       56
    Copies of Things to do Today notes
No. 28                                       70
    Norwood Hard Chrome General Ledger
    Run Date 2-15-91
No. 29                                       70
    LWG Finishing General Ledger
    Run Date 2-10-92
No. 30                                       70
    LWG Company, Inc. General Ledger
    Run Date 2-15-91
No. 31                                       70
    LWG Company, Inc. General Ledger
    Run Date 2-10-92
No. 32                                       74
    Profit & Loss Monthly for Norwood Hard Chrome
No. 33                                       81
    Norwood Hard Chrome Income State Period
    Ending 10-31-89
No. 34                                       81
    Norwood Hard Chrome Income Statement Period
    Ending 4-30-92
No. 35                                       81
    LWG Finishing Company Income Statement Period
    Ending 10-31-91
No. 36                                       81
    Norwood Hard Chrome Income Statement Period
    Ending 10-31-90
No. 37                                       81
    HST/LWG Finishing Income Statement Period
    Ending 8-31-94
No. 38                                       87
    Norwood Hard Chrome 1989 Deposits
```

EXHIBIT 1

Page 17

1  Q. Why did you leave the company?
2  A. Because I was caught using the
3 credit cards is originally how it started.
4  Q. Were you fired?
5  A. Yes.
6  Q. Were there legal actions taken
7 because of your use of the Green company credit
8 cards?
9  A. Yes.
10  Q. Civil or criminal actions?
11  A. Criminal.
12  Q. What was the result of that?
13  A. I'm still on probation.
14  Q. So you were convicted?
15  A. Yes.
16  Q. What was the penalty?
17  A. Five years probation, 200 hours of
18 community service and I had to pay back the
19 company.
20  Q. You said you are still on probation?
21  A. Right.
22  Q. When does that run out?
23  A. Next October.
24  Q. Did you perform the community
25 service?

Page 18

1  A. I did hundred 229 hours. I liked
2 it. It was for the Red Cross.
3  Q. Have you paid back the company?
4  A. I am still paying them back.
5  Q. How much do you have to pay them
6 back?
7  A. $500 a month.
8  Q. Do you know when that will cease?
9  A. We go back to Court after my
10 probation then we are to work it out. The funds
11 are to go to the EPA as far as I understand. They
12 don't go to Dan Green or to the company. It goes
13 back to the EPA.
14    Then at the time, at the end of my
15 probation, I go to the judge again to work out pay
16 arrangements for the remainder.
17  Q. Do you have a rough idea of how much
18 you have paid off?
19  A. Probably close to $50,000.
20  Q. After you left the Greens did you
21 get another job?
22  A. Yes.
23  Q. Who were you employed by then?
24  A. I was still running with the
25 Sharonville life squad. But I had a baby, too and

*** Notes ***

Page 19

1 I quit working for about a year and a half.
2  Q. What is the Sharonville life squad?
3  A. Fire department.
4  Q. When did you start working with
5 them?
6  A. On goodness. '95.
7  Q. So immediately after you left the
8 Greens?
9  A. I was doing that, too, in the
10 evenings.
11  Q. Did you go full time afterwards or
12 did you stay working with the fire department in
13 the evenings?
14  A. Just stayed in the evenings and on
15 weekends.
16  Q. Then you said you took some time off
17 for your child?
18  A. Right.
19  Q. What was that approximately?
20  A. Well, let's see, she was born -- I
21 quit working for them in '96 probably.
22  Q. Since then have you had any new
23 employment?
24  A. Yes. I work for Sibcy Cline
25 Financial for two years then Midland Title a year

Page 20

1 in February.
2  Q. What was the first company?
3  A. Sibcy Cline Financial.
4  Q. What did you do for them?
5  A. Loan officer.
6  Q. What is their business?
7  A. They give mortgage loans.
8  Q. Who do you work for currently?
9  A. Midland Title Security.
10  Q. What do you do?
11  A. Title, marketing rep, sales
12 marketing rep.
13  Q. Are they a title insurance company?
14  A. Yes.
15  Q. When we were discussing your job
16 history you mentioned a couple different companies
17 so I'll go through a list of these companies and
18 have you explain a little about them the best that
19 you can.
20    First off, are you aware of a
21 company called Green Industries, Inc. owned by the
22 Greens on Kemper Road?
23  A. Yes.
24  Q. Did you ever work at the Kemper Road
25 facility?

*** Notes ***