*Attorney Work Product, FOIA Exempt*
*Investigator's Draft*

## GREEN INDUSTRIES, INC. SUPERFUND SITE
### Record of Interview

| | |
|---|---|
| Witness: | Beverly Robin Grinstead |
| Address: | 3941 Cornell Road, Cincinnati, Ohio 45241 |
| Telephone: | (513) 769-4587 |
| Interviewed By: | Kimberly Zanier, Financial Analyst, NEIC |
| | Sally Jansen, Enforcement Specialist, Emergency Enforcement Support Section, Emergency Response Branch, Region 5 |
| | Reginald Arkell, Civil Investigator, OCEFT |
| Date of Interview: | March 18, 1999 |
| Location of Interview: | Ms. Grinstead's Residence |

Pursuant to a memorandum dated February 19, 1999, the Office of Regional Counsel (ORC), Region 5 requested civil investigative assistance from the OCEFT Civil Investigator Team and financial analysis from NEIC in the matter of the Green Industries Corporation Superfund Site ("the Site") in Sharonville, Ohio. U.S. EPA spent approximately $3 million to remediate uncontrolled hazardous materials abandoned at the Site. Previous activities at the Site include electroplating operations from approximately 1978-1995. Operators during this time were Creutz Plating Company which merged into Green Industries, Inc. ("GII"). GII continued plating operations until the Site and facility was sold to H.R.W. Industries, Inc. ("HRW") in 1988. HRW changed its name to Green Industries Corporation ("GIC") and continued electroplating operations until they filed for bankruptcy in 1995. Region 5 seeks assistance to gather information concerning liability, to verify financial information provided to date, and to investigate current finances of potentially responsible parties (PRPs). Reference is made to a proffer given by Beverly Robin Grinstead to the FBI and U.S. EPA Criminal Investigation Division (CID) on October 24, 1996. On March 12, 1999, CI Reginald Arkell contacted Beverly Robin Grinstead by telephone, identified himself as a representative of the U.S. EPA, and explained the subject case. He arranged to meet at her residence. On March 17,

R. Arkell's incorporation of S. Jansen's revisions to R. Arkell's original interview summary
05/06/99


EXHIBIT 2

*Attorney Work Product, FOIA Exempt*
*Investigator's Draft*

She said that the only things she recalled being in this book were documentation of a name change from Norwood Hard Chrome to LWG and a promissory note from LWG to Maurice Green. She said there were no other corporate formalities. Both Maurice and Daniel Green received routine payroll checks which were routed through ADP. Ms. Grinstead wrote out bonus checks for as much as $50,000.00 for them at their direction. She said Mr. Schulte would route these through ADP. Daniel and Maurice Green's base salaries were roughly $2,000.00 per week and $500.00 per week, respectively. Daniel Green would give himself and his dad periodic raises but there was not any formal vote for such salary increases. She was not aware of anything which documented their duties. Ms. Grinstead said that Daniel Green was very tight with his money. He maintained a small safe in his office which contained nothing but cash and was subsequently moved out, probably to his home. He also had a locked file cabinet in his office.

Ms. Grinstead was only aware of the sale of the Le Saint Drive building to Omni from what Daniel Green had told her. She did not have to make any adjustment to the company books for this, although it is possible Mr. Schulte may have. Omni only existed as a deposit book. Mr. Grinstead indicated that the building does not have any mortgages or liens. The deed is probably in the company safe. The Omni account was at the First National Bank of Lebanon. Daniel Green had signature authority and signed everything for Omni, he maintained the checkbook for the Omni account, and deposited checks for it in the bank. Samuel Green never signs checks. He is never around and has lived in the Washington, D.C. and New Jersey areas. Ms. Grinstead believes that Mr. Keyes may have recorded the lease document as he always wanted to keep everything legitimate. He paid about $2,500.00 per month to Omni for Feinblanking. Ms. Grinstead wrote checks in the amount of $4,000.00 per month from LWG to Omni. Strong Manufacturing paid $500.00 per month to Omni for their lease.