*Attorney-Client Work Product, FOIA Exempt*

# UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
# OFFICE OF CRIMINAL ENFORCEMENT, FORENSICS AND TRAINING

## CONFIDENTIAL - ENFORCEMENT SENSITIVE

### REPORT OF INVESTIGATION

Green Industries Corporation Site (05-99-23-01)
Sharonville, Ohio

August 1999

Reginald Arkell, Project Leader

CIVIL INVESTIGATOR TEAM



EXHIBIT 4

Case 1:00-cv-00637-SJD    Document 88-6    Filed 06/30/2006    Page 2 of 4

*Attorney-Client Work Product, FOIA Exempt*



(b)

<u>Property</u>

A printout from the Butler County Assessor, and documents obtained during a title search of the above property, 9461 Le Saint Drive, Fairfield, Ohio, 45014, by Dynamac Corporation is attached [Attachment 16c,d]. A complete report of the title search is maintained separately. The property, which had been purchased by GII for $880,000.00 in May 1988 according to a Butler County Recorder of Deeds record obtained via Lexis-Nexis, was transferred to Omni in April 1994. The other son of Maurice Green, Samuel Green, is shown as the president of Omni on title documents. Omni assumed a mortgage issued by First National Bank of Warren County with a balance at the time of $631,500.00. A Conditional Assignment of Rents from the property was recorded by Omni naming the same bank as Assignee as security for the earlier mortgage. Information obtained from the OHSOS via Lexis-Nexis shows the following for Omni: date of incorporation as September 9, 1993; status, in good standing; county of principal office, Butler; registered agent, CSC-Lawyers Incorporating Svc.; registered office, 16 E. Broad St., Columbus, Ohio; and incorporators/partners as Christine F. Becker [Attachment 16e].

Ms. Grinstead stated that, before the property sale to Omni, Strong Manufacturing had made payments which were listed as rent, to either LWG Co., Inc., Norwood Hard Chrome, or LWG Finishing. She also said Maurice Green received money on the side from Strong Manufacturing and cashed checks at PNC Bank. Further, she allegedly made monetary wire transfers from the Green's companies to Strong Manufacturing. Rent payments were subsequently made to Omni after they bought the Le Saint Drive location. She said that Daniel Green made deposits for Omni and took checks to Lebanon First National Bank. Ms. Grinstead confirmed that Samuel Green, brother of Daniel Green, bought the Le Saint Drive property

28

*Attorney-Client Work Product, FOIA Exempt*

through Omni from Maurice Green in about 1993. She did not know if any money changed hands in this transaction but said that Maurice Green had paid almost $1 million for the building in 1987.



29

PRIVILEGE LOG

United States v. Daniel Green, et al.
Civ. Action No. C-1-00-637 (S.D. Ohio)

| | Document Type | Author | Recipient(s) | Date | Subject | Privilege |
|---|---|---|---|---|---|---|
| 1 | Memorandum | R. Arkell U.S. EPA | R. Wagner, Esq. U.S. EPA<br><br>S. Jansen U.S. EPA | 08/06/99 | Report of Investigations | WP |
| 2 | Memorandum | S. O'Bryan, Esq. U.S. DOJ | B. Gelber, Esq. U.S. DOJ | 10/02/00 | Briefing Memo re: Proposed Amended Complaint | WP |
| 3 | Memorandum | I. Spector, Esq. U.S. DOJ | W. Fisherow, Esq. U.S. DOJ | 02/04/04 | Briefing Memo re: Proposed Third Amended Complaint | WP |