UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>) CIVIL ACTION NO. C-1-00-637<br>v. )<br>)<br>DANIEL GREEN, L.W.G. CO., )<br>INC. f/k/a GREEN INDUSTRIES ) Judge Susan J. Dlott<br>INC., THE ESTATE OF MAURICE GREEN )<br>and DANIEL GREEN IN HIS CAPACITY AS )<br>THE PERSONAL REPRESENTATIVE OF THE )<br>ESTATE OF MAURICE GREEN, )<br>)<br>Defendants )<br>and )<br>)<br>SAUNDRA GREEN, wife of )<br>DEFENDANT DANIEL GREEN, )<br>)<br>Rule 19 Defendant. ) | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

This matter having come before the Court upon the Motion for Summary Judgment filed by Rule 19 Defendant Omni Industrial Properties, Inc. ("Omni"), the Court having considered the matter and being otherwise duly and sufficiently advised,

IT IS HEREBY ORDERED that Omni's Motion for Summary Judgment is GRANTED.

This ____ day of _____, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT

Submitted by:

/s/ David A. Owen
David A. Owen
Greenebaum Doll & McDonald PLLC
300 W. Vine Street, Suite 1100
Lexington, Kentucky 40507

-AND-

Philip J. Schworer (0036982)
Greenebaum Doll & McDonald PLLC
2800 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202-4728
COUNSEL FOR THIRD PARTY DEFENDANT
OMNI INDUSTRIAL PROPERTIES, INC.

709772_1.doc