# The State of Ohio

### Bob Taft

673  318

Secretary of State

852934

## Certificate

**It is hereby certified** that the Secretary of State of Ohio has custody of the Records of Incorporation and Miscellaneous Filings; that said records show the filing and recording of:   ARF MIS

of:

OMNI INDUSTRIAL PROPERTIES, INC.

United States of America
State of Ohio
Office of the Secretary of State

Recorded on Roll H678 at Frame 0319   of the Records of Incorporation and Miscellaneous Filings.

**Witness my hand and the seal of the Secretary of State at** Columbus, Ohio, this  9TH **day of**  SEP  ,
A.D. 19 93  .



*Bob Taft*
Bob Taft
Secretary of State

Omni-0476

ARTICLES OF INCORPORATION
(Under Chapter 1701 of the Ohio Revise Code)
Profit Corporation

9/9/93
$85.00
9309100160l

The undersigned, desiring to form a corporation, for profit, under Section 1701.01 et seq. of the Ohio Revised Code, do hereby state the following:

FIRST. The name of said corporation shall be:

OMNI INDUSTRIAL PROPERTIES, INC.

SECOND. The place in Ohio where its principal office is located in Fairfield, Butler County, Ohio.

THIRD. The purpose(s) for which this corporation is formed is:

To engage in any lawful act or activity for which corporations may do business in the State of Ohio.

FOURTH. The number of shares which the corporation is authorized to have outstanding is: Seven Hundred Fifth (750) Shares of Common Stock With No Par Value.

IN WITNESS WHEREOF, I have hereunto subscribed my name, this eighth of September, 1993.

By: _____
Christine F. Becker, Incorporator

Omni-0477