ACTION BY THE SOLE DIRECTOR
OF
OMNI INDUSTRIAL PROPERTIES, INC.
BY WRITTEN CONSENT

The undersigned, being the sole director of Omni Industrial Properties, Inc., pursuant to Section 1701.54 of the Ohio Revised Code, do hereby consent to, adopt and approve the following resolutions:

RESOLVED, that the Corporation purchase real estate located at 9461 LeSaint Drive in Fairfield, Ohio from LWG Co., Inc. Said property shall be purchased by the Corporation for the assumption of the mortgage note of LWG Co., Inc., the value being Six Hundred Thirty-One Thousand Five Hundred and 00/100 ($631,500.00) Dollars.

RESOLVED, that the President of the Corporation is hereby authorized and directed to execute any and all documents necessary to facilitate the purchase of this real estate, including, but not limited to, a purchase and Sale Agreement, loan documents necessary for the assumption of the mortgage note, and all closing documents.

Signed at ~~Lawrenceville~~ Piscataway, New Jersey this 30th day of September, 1993.

_____
Samuel Green

PLAINTIFF'S
EXHIBIT
2
3-13-06

Omni-0504