January 11, 1993

Mr. Dan Green
LWG, Inc.
9461 LeSaint Drive
Fairfield, Ohio  45014

Dear Mr. Green:

In accordance with your request, I have reviewed your property located at 9461 LeSaint Drive, Fairfield, Butler County, Ohio. This property is identified as Parcel M5500-205-000-001 in the Butler County Auditor's Records.

The property is zoned M-2, and is part of the Neyer Industrial Park. The park has restrictions as to the type of building which may be constructed, ie., setbacks, outside storage, etc. These restrictions are to help maintain the values in the area.

The subject property contains approximately 5.74 acres and is located on the westwardly side of LeSaint Drive. The building consists of approximately 40,000 square feet, of which 3500 square feet is office area. Original construction was in 1983.

It is my opinion that the property has value of $960,000.00; however, there are some environmental concerns which have been called into question by Reed Environmental Services (see attached). Based on Dr. Kenneth Reed's report of January 4, 1993, the estimated Fair Market Value of the subject property is $660,000.00. This is a reduction in value of $300,000.00, which is based on the figure of $299,046.00 provided by Dr. Reed for estimated cleanup costs.

Sincerely,

JERRY DEVITT & ASSOCIATES

Thomas A. Devitt, SIOR, G.R.I.

TAD/jm
Enc.

LWG 100452