LOAN AGREEMENT

This agreement entered into this 22nd day of April, 1994, by and between 1st National Bank, hereinafter referred to as Bank, LWG Co., Inc., Maurice Green and Daniel Green, hereinafter referred to as Borrowers, and Omni Industrial Properties, Inc., hereinafter referred to as Omni;

WHEREAS, Borrowers on September 6, 1991 executed a promissory note in the original amount of $640,000.00, which as of this date has a principal balance of $631,474.54, and

WHEREAS, Borrowers executed and delivered to Bank a mortgage on the real estate located at 9461 LeSaint Drive, Fairfield, OH 45014, and

WHEREAS, Borrowers desire to sell said property to Omni subject to the indebtedness to Bank,

IT IS MUTUALLY AGREED as follows:

A. Bank shall permit the transfer of said real estate subject to the terms and conditions set forth below.

   1. Omni shall execute and deliver to Bank an assignment of the rents collected from the tenants of the mortgaged real estate.

   2. Omni shall open a savings account and deposit the rents collected from the tenants of the subject real estate and execute an automatic payment agreement permitting the automatic payment of the Borrowers' note on the above-referenced loan.

   3. Omni shall supply to Bank by January 1 of each year a Financial Statement and Corporate tax return.

B. The terms and conditions of the original note and repayment agreement dated July 1, 1993 shall remain in full force and effect with Borrowers to remain liable for payment of same.

_____  
Daniel Green, Individually

_____  
Maurice Green, Individually

OMNI INDUSTRIAL PROPERTIES, INC.

By: _____  
Samuel Green, President

1ST NATIONAL BANK

By: _____  
Jillora H. Cesta, President

LWG Co., Inc.

By: _____  
Daniel Green, President

By: _____  
Maurice Green, Secretary/Treasurer

PLAINTIFF'S EXHIBIT
S. Green 7
3-13-06

FNB 0588



# 1st NATIONAL BANK

P.O. Box 119, Lebanon, Ohio 45036 • P.O. Box 417541, Cincinnati, Ohio 45241

Telephones:
Lebanon   (513) 932-3221
Middletown (513) 423-4626
Cincinnati (513) 579-0284
Fax      (513) 932-7119

P.O. Box 119
Lebanon, Ohio 45036

Offices:
Colony Square, Lebanon
Morrow Plaza, Morrow
Towne Mall, Middletown
Kings Auto Mall, Cin.
Beacon Hill Square, Cin.
Eastgate, Batavia

## LOAN AGREEMENT

The undersigned agree to maintain a  __savings__  account with 1st National Bank, being Account No. __46805564__, during the existence of Loan No. __CLA 54166-01__, to __LWG Co., Inc.__, dated the __6th__ day of __Sept.__, 199__1__, in the amount of $ __640,000.00__, and that payments on said loan will be automatically deducted from said __Savings__ account; and that the account will have sufficient funds to cover the loan payments.

The undersigned further agree that if they do not comply with the agreement, that the entire loan will become due and payable.

Omni Industrial Properties

By: _Samuel Green, President_

1ST NATIONAL BANK

By: _Jullaia Cost_





FNB 0589