UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. C-1-00-637 |
| v. ) | |
| ) | |
| DANIEL GREEN, L.W.G. CO., ) | |
| INC. f/k/a GREEN INDUSTRIES ) | Judge Susan J. Dlott |
| INC., THE ESTATE OF MAURICE GREEN ) | |
| and DANIEL GREEN IN HIS CAPACITY AS ) | |
| THE PERSONAL REPRESENTATIVE OF THE ) | |
| ESTATE OF MAURICE GREEN, ) | |
| ) | |
| Defendants ) | |
| and ) | |
| ) | |
| SAUNDRA GREEN, wife of ) | |
| DEFENDANT DANIEL GREEN, ) | |
| ) | |
| Rule 19 Defendant. ) | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

This matter having come before the Court upon the Motion to Continue Trial Date filed by Rule 19 Defendant Omni Industrial Properties, Inc. ("Omni"), the Court having considered the matter and being otherwise duly and sufficiently advised,

IT IS HEREBY ORDERED that Omni's Motion is GRANTED and the final pretrial conference is now scheduled for _____ and the trial is now scheduled for _____.

_____
JUDGE, UNITED STATES
DISTRICT COURT

Submitted by:

/s/ David A. Owen
David A. Owen
Greenebaum Doll & McDonald PLLC
300 W. Vine Street, Suite 1100
Lexington, Kentucky 40507

1731345_1.doc