ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. C-1-00-637 |
| v. | ) | |
| | ) | |
| DANIEL GREEN, L.W.G. CO., | ) | |
| INC. f/k/a GREEN INDUSTRIES | ) | Judge Susan J. Dlott |
| INC., THE ESTATE OF MAURICE GREEN | ) | |
| and DANIEL GREEN IN HIS CAPACITY AS | ) | |
| THE PERSONAL REPRESENTATIVE OF THE | ) | |
| ESTATE OF MAURICE GREEN, | ) | |
| | ) | |
| Defendants | ) | |
| and | ) | |
| | ) | |
| SAUNDRA GREEN, wife of | ) | |
| DEFENDANT DANIEL GREEN, | ) | |
| | ) | |
| Rule 19 Defendant. | ) | |

\* \* \* \* \* \* \* \* \*

**NOTICE OF WITHDRAWAL**

Notice is given that Philip J. Schworer, co-counsel for Rule 19 Defendant Omni Industrial Properties, Inc. ("Omni") in the above-styled action, does hereby withdraw from further participation in this action. The parties are further advised that they should continue to serve the undersigned with pleadings, papers, notices, and other materials filed in this action as counsel for Omni.

Respectfully submitted,


/s/ David A. Owen
David A. Owen
Greenebaum Doll & McDonald PLLC
300 W. Vine Street, Suite 1100
Lexington, Kentucky 40507

COUNSEL FOR THIRD PARTY DEFENDANT
OMNI INDUSTRIAL PROPERTIES, INC.

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 29th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Gerald Francis Kaminski (Gerald.kaminski@usdoj.gov); David J. Schmitt (djs@corsbassett.com); and Jeffrey A. Spector (Jeffrey.Spector@usdoj.gov).

    I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

W. Benjamin Fisherow
Deputy Chief
Environmental Enforcement Section
Environmental and Natural Resources Division
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7611
Washington, DC 20004

Gregory G. Lockhart
United States Attorney
Southern District of Ohio
Office of the United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202

Richard R. Wagner
Associate Regional Counsel
U.S. Environmental Protection Agency – Region 5
77 West Jackson Blvd.
Chicago, IL 60604

                                              /s/ David A. Owen
                                              Counsel for Defendant
                                              Omni Industrial Properties, Inc.

1723511_1.doc