ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. C-1-00-637 |
| v. ) | |
| ) | |
| DANIEL GREEN, L.W.G. CO., ) | |
| INC. f/k/a GREEN INDUSTRIES ) | Judge Susan J. Dlott |
| INC., THE ESTATE OF MAURICE GREEN ) | |
| and DANIEL GREEN IN HIS CAPACITY AS ) | |
| THE PERSONAL REPRESENTATIVE OF THE ) | |
| ESTATE OF MAURICE GREEN, ) | |
| ) | |
| Defendants ) | |
| and ) | |
| ) | |
| SAUNDRA GREEN, wife of ) | |
| DEFENDANT DANIEL GREEN, ) | |
| ) | |
| Rule 19 Defendant. ) | |

* * * * * * * * * *

### MOTION TO CONTINUE TRIAL DATE

Rule 19 Defendant Omni Industrial Properties, Inc. ("Omni") moves the Court to continue the trial of this matter. Grounds for this Motion are set forth below.

Pursuant to the Notice filed in this case on June 15, 2007, the final pretrial conference is scheduled for July 18, 2007 and the trial is scheduled to begin on August 13, 2007. At present, the owner and designated representative of Omni, Sam Green, and his wife are expecting the birth of a child in August. The Greens reside in Denver, Colorado and would obviously prefer to not have Mr. Green in Cincinnati during such a critical time. Further, the parties have a number of pretrial filings that will be due prior to trial and a brief continuance will permit greater efficiencies in organizing the trial. Due to these facts, Omni requests a brief continuance of the