AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

                Case Number:   1:00cv637

   V.

DAVID GREEN, ET AL.,              District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that a Settlement Conference in this case will take place after the Final Pretrial Conference.  The settlement conference will be conducted by Magistrate Judge Timothy S. Black.

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 716 Magistrate Judge Timothy S. Black |
| | DATE AND TIME |
| | July 18, 2007 at 11:00 a.m. |

JAMES BONINI, CLERK

   s/William Miller
William Miller
Case Manager
(513) 564-7630

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.