IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

        Case Number: 1:00CV637

vs.

        District Judge Susan J. Dlott

DAVID GREEN, ET AL.,

NOTICE

The Bench Trial previously scheduled for August 13, 2007 at 9:30 a.m. is hereby VACATED.

JAMES BONINI, CLERK

   s/William Miller
William Miller
Case Manager
(513) 564-7630